# In the United States Court of Federal Claims

No. 02-1909C
Filed January 5, 2007

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, Defendant, | * |
| LOCKHEED MARTIN CORP., Defendant-Intervenor, and, | * |
| L-3 COMMUNICATIONS CORP., Defendant-Intervenor. | * |

## ORDER

The court hereby grants Defendant-Intervenor L-3 Communications Corporation's November 9, 2006 Motion for Leave to File Memorandum on Doctrine of Equivalents.

**IT IS SO ORDERED.**

s/Susan Braden
**SUSAN G. BRADEN**
**Judge**