# In the United States Court of Federal Claims

No. 02-1909C
Filed: January 5, 2007

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, Defendant, | * |
| LOCKHEED MARTIN CORP., Defendant-Intervenor, and, | * |
| L-3 COMMUNICATIONS CORP., Defendant-Intervenor. | * |

## AMENDED SCHEDULING ORDER

The court hereby enters the following Amended Scheduling Order for the damages hearing:

1. Exhibits. The parties will exchange damages demonstrative exhibits on or before February 23, 2007.

2. Pretrial Memoranda. All damages pretrial memoranda will be filed on or before February 20, 2007.

3. Trial. The damages hearing will be held on February 26, 2007 through March 2, 2007. The hearing will begin at 10:00 a.m. on each day. Prior to hearing evidence on damages, the court will permit the Government to present the testimony of witnesses for the limited purpose of testifying about the public availability of the prior art references asserted by the Government as the basis for invalidity. On or before January 26, 2007, the Government shall

disclose (via an amended Witness List for the damages hearing) any witnesses to be called for testimony about the public availability of the prior art references asserted by the Government as the basis for invalidity.

**IT IS SO ORDERED.**

s/Susan Braden
**SUSAN G. BRADEN**
**Judge**