# In the United States Court of Federal Claims

No. 02-1909C
Filed February 22, 2007

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| LOCKHEED MARTIN CORP., | * |
| Defendant-Intervenor, and, | * |
| L-3 COMMUNICATIONS CORP., | * |
| Defendant-Intervenor. | * |

## ORDER

The court hereby orders that the parties electronically file the pre-hearing briefs for the damages hearing to be held February 26, 2007 through March 2, 2007. The parties will follow the proper electronic filing procedures to ensure that the briefs are filed under seal.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**