**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | **No. 02-1909C** |
| **Defendant,** | ) | **(Judge Braden)** |
| **LOCKHEED MARTIN CORPORATION,** | ) | |
| **Defendant-Intervenor, and** | ) | |
| **L-3 COMMUNICATIONS CORPORATION,** | ) | |
| **Defendant-Intervenor.** | ) | |

**INTERVENOR-DEFENDANT'S, LOCKHEED MARTIN CORPORATION,**
**PRETRIAL MEMORANDUM ON DAMAGES**

Intervenor-Defendant, Lockheed Martin Corporation ("Lockheed Martin"), hereby adopts the Government's and L-3 Communications Corporation's Pretrail Memoranda, if any, for the damages phase of the above-titled action.

Respectfully submitted,

__/s/ Thomas J. Madden_________________

Thomas J. Madden, Esquire
Venable LLP
Terrell Place
575 7th Street, N.W.
Washington, D.C. 20004-1601
Tel: (202) 344-4000
Fax: (202) 344-8300

Counsel for Lockheed Martin Corporation

Dated: February 23, 2007

**Of counsel:**

Paul A. Debolt, Esquire
Venable LLP
Terrell Place
575 7th Street, N.W.
Washington, D.C. 20004-1601
Tel: (202) 344-4000
Fax: (202) 344-8300

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2007, a copy of the foregoing INTERVENOR-DEFENDANT'S, LOCKHEED MARTIN CORPORATION, PRETRIAL MEMORANDUM ON DAMAGES, was filed electronically. I understand that the parties listed below can access this filing through the Court's electronic filing system and that notice of this filing will be sent to the following parties by operation of that system:

John Fargo, Esq.
Christopher L. Crumbley, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0458
Fax: (202) 307-0345
E-mail: john.fargo@usdoj.gov
christopher.crumbley@usdoj.gov
Counsel for United States

John Harbin, Esq.
King & Spalding
1180 Peachtree Street
Atlanta, GA 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: jharbin@kslaw.com
Counsel for L-3 Communications Corporation

Lawrence J. Gotts, Esq.
Paul, Hastings, Janofsky & Walker, LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1700
Fax: (202) 551-1705
E-mail: lawrence.gotts@paulhastings.com
Counsel for Honeywell International Inc. and Honeywell Intellectual Properties Inc.

__/s/ Thomas J. Madden________________
Thomas J. Madden