**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 02-1909C |
| THE UNITED STATES, | ) | Judge Susan Braden |
| Defendant, | ) | |
| LOCKHEED MARTIN CORPORATION, | ) | |
| Defendant-Intervenor, and, | ) | |
| L-3 COMMUNICATIONS CORPORATION, | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT THE UNITED STATES' EXHIBIT LIST**

Pursuant to the Court's January 5, 2007 Order and RCFC Appendix A, ¶ 13(b), the United States ("Government") hereby submits its Exhibit List, attached hereto as Attachment A, for trial scheduled to begin on February 26, 2007. At trial, the Government may rely on the exhibits listed in Attachment A, in addition to exhibits previously entered into evidence during the November 13, 2006 and December 12, 2006 invalidity trials, the July 24, 2006 Count I trial, the August 1, 2005 infringement trial, or the January 31, 2005 *Markman* hearing.

The Government reserves the right to supplement this Exhibit List with additional documents, in order to rebut exhibits disclosed in Honeywell's Exhibit List or testimony

disclosed in Honeywell's Witness List for the trial scheduled to begin on February 26, 2007. The Government also reserves the right to introduce any of the exhibits identified on any other party's exhibit list. The Government may supplement this list to add additional exhibits as necessary. The Government also reserves the right to identify and introduce further exhibits to overcome any objection to the admissibility of any Government exhibit.

Submitted by,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

Dated: February 23, 2007

s/*Christopher L. Crumbley*

CHRISTOPHER L. CRUMBLEY
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0415
Facsimile: (202) 307-0345

Attorneys for the United States

OF COUNSEL:
TREVOR M. JEFFERSON
JOSHUA B. BRADY

ATTACHMENT A

EXHIBIT LIST FOR DEFENDANT, THE UNITED STATES FOR FEBRUARY 26, 2007

**Case Name**: Honeywell Int'l, Inc., et al. v. United States, et al. **Number** 02-1909C

| EX. NO. | DESCRIPTION OF EXHIBIT | ID. | | | Deposition Exhibit |
|---|---|---|---|---|---|
| DE-600 | Dr. L. Task Direct Testimony [To Be Filed] | | | | |
| DE-601 | J. Philip Green Direct Testimony [To Be Filed] | | | | |
| DE-602 | Demonstrative Exhibits [To Be Filed] | | | | |
| DE-603 | L-3 financial data- Excerpt from L-3 Comm. Corp. Form 10-K for period ending December 31, 1998, dated March 31, 1999 | | | | |
| DE-604 | L-3 financial data- Excerpt from L-3 Comm. Corp. Form 10-K for period ending December 31, 1999, dated March 31, 2000 | | | | |
| DE-605 | L-3 financial data- Excerpt from L-3 Comm. Corp. Form 10-K for period ending December 31, 2002, dated March 11, 2003 | | | | |
| DE-606 | L-3 financial data- Excerpt from L-3 Comm. Corp. Form 10-K for period ending December 31, 2004, dated March 15, 2005 | | | | |
| DE-607 | L-3 financial data- Excerpt from L-3 Comm. Corp. Form 10-K for period ending December 31, 2005, dated March 9, 2006 | | | | |
| DE-608 | Honeywell financial data- Excerpt from Honeywell Int'l Form 10-K for period ending December 31, 1999, dated February 23, 2000 | | | | |
| DE-609 | Honeywell financial data- Excerpt from Honeywell Int'l Form 10-K for period ending December 31, 2000, dated March 30, 2001 | | | | |
| DE-610 | Honeywell financial data- Excerpt from Honeywell Int'l Form 10-K for period ending December 31, 2002, dated March 6, 2003 | | | | |
| DE-611 | Honeywell financial data- Excerpt from Honeywell Int'l Form 10-K for period ending December 31, 2005, dated March 1, 2006 | | | | |
| DE-612 | Allied Signal financial data- Excerpt from Honeywell Int'l Form 10-K for the period ending December 31, 1996, dated February 28, 1997 | | | | |
| DE-613 | Allied Signal financial data- Excerpt from Honeywell Int'l Form 10-K for the period ending December 31, 1998, dated March 4, 1999 | | | | |
| DE-614 | Amendment to License Agreement between AlliedSignal and AlliedSignal Technologies effective September 1, 1995 | H 72820 | to | H 72824 | |
| DE-615 | License Agreement between Honeywell Intellectual Properties, Inc. and Honeywell, Inc. effective September 1, 2001 | H 72825 | to | H 72834 | |
| DE-616 | Fair Market Royalty Rates for the Use of AlliedSignal Technologies' Intellectual Property | H 73540 | to | H 73603 | |
| DE-617 | Fair Market Royalty Rates for the Use of Honeywell Intellectual Properties, Inc.'s Intellectual Property by Honeywell Inc. and Honeywell International Inc. | H 73604 | to | H 73653 | |
| DE-618 | Department of the Air Force Price Negotiation Memorandum for F33657-93-C-2380, P00010 | GVT 137-0207 | to | GVT 137-0233 | |
| DE-619 | Department of the Air Force Pre-Price Negotiation Memorandum for F33657-93-C-2380, P00046 | GVT 137-0103 | to | GVT 137-0115 | |
| DE-620 | Memorandum of Agreement between Lockheed Martin Aeronautics and Honeywell International for The C-130J Multiyear Contract | LMCD 0006739 | to | LMCD 0006830 | |
| DE-621 | Honeywell' Stipulation Regarding Certain Alleged Prior Art, dated Jan. 5, 2007 | | | | |
| DE-622 | Honeywell' Stipulation Regarding Certain Alleged Prior Art, dated Jan. 10, 2007 | | | | |
| DE-623 | Honeywell' Stipulation Regarding Certain Alleged Prior Art, dated Jan. 29, 2007 | | | | |
| DE-624 | Honeywell' Stipulation Regarding Certain Alleged Prior Art, dated Feb. 23, 2007 | | | | |
| DE-625 | German Patent Application DE 33 13 899 A1, published Oct. 18, 1984 (translation) | GVT 140-450 | to | GVT 140-457 | |
| DE-626 | German Patent Application DE 33 13 899 A1, published Oct. 18, 1984 (mark-up) | GVT 140-458 | to | GVT 140-465 | |
| DE-627 | Task III Cover Page, Table of Contents, Ohio State Record | GVT 140-436 | to | GVT 140-449 | |
| DE-628 | Deposition of Gayle Bryan dated July 19, 2006 | | | | |
| DE-629 | Deposition of James R. Pierce dated July 31, 2006 | | | | |
| DE-630 | L-3 and ADC CMDU and RDU Sales Summaries | L-3 008125 | to | L-3 008126 | JP-5 |
| DE-631 | Actiview 550 | | | | JP-7 |
| DE-632 | Actiview 550 | L-3 007351 | to | L-3 007352 | JP-8 |

ATTACHMENT A

EXHIBIT LIST FOR DEFENDANT, THE UNITED STATES FOR FEBRUARY 26, 2007

**Case Name**: Honeywell Int'l, Inc., et al. v. United States, et al. **Number** 02-1909C

| EX. NO. | DESCRIPTION OF EXHIBIT | ID. | | | | | | Deposition Exhibit |
|---|---|---|---|---|---|---|---|---|
| DE-633 | C-130J/C-27J CMDU | L-3 | 007349 | to | L-3 | 007350 | | JP-9 |
| DE-634 | Spreadsheets and patents | | | | | | | JP-11 |
| DE-635 | Deposition of Gregory L. Greenlow dated August 1, 2006 | | | | | | | |
| DE-636 | Spreadsheet, Program 11388-RDU | L-3 | 009379 | to | L-3 | 009394 | | GG-3 |
| DE-637 | Spreadsheet, Program 11434-CMDU | L-3 | 009395 | to | L-3 | 009405 | | GG-4 |
| DE-638 | Report- Sales and Profit by Job | L-3 | 007210 | to | L-3 | 007309 | | GG-6 |
| DE-639 | Deposition of Loria B. Yeadon, dated August 18, 2006 | | | | | | | |
| DE-640 | Lockheed's Notice of Rule 30(b)(6) Deposition to Honeywell | | | | | | | Yeadon-1 |
| DE-641 | L-3's Notice of Rule 30(b)(6) Deposition to Honeywell | | | | | | | Yeadon-2 |
| DE-642 | License Agreement between Honeywell and Rockwell Collins | H | 72545 | to | H | 72656 | | Yeadon-3 |
| DE-643 | Honeywell Aerospace Primus Epic Integrated Avionics System web page printout | | | | | | | Yeadon-6 |
| DE-644 | License Agreement between Allied Signal and Allied Signal Technologies | H | 01401 | to | H | 01408 | | Yeadon-7 |
| DE-645 | Allied Signal table of royalty rates | H | 01410 | to | H | 01415 | | Yeadon-8 |
| DE-646 | Amendment to License Agreement between Honeywell International and Honeywell Intellectual Properties | H | 01416 | to | H | 01419 | | Yeadon-9 |
| DE-647 | License Agreement between Allied Signal and Allied Signal Technologies | H | 01401 | to | H | 01419 | | Yeadon-7, 10 |
| DE-648 | License Agreement between Honeywell International and Honeywell Intellectual Properties | H | 60769 | to | H | 60780 | | Yeadon-11 |
| DE-649 | Deposition of Roger Rodden, dated February 1, 2007 | | | | | | | |
| DE-650 | Notice of Rule 30(b)(6) Deposition | | | | | | | RR-1 |
| DE-651 | CMFD Sales Summary | HWE | 000001 | to | HWE | 000032 | | RR-2 |
| DE-652 | CMFD Related Parts Sales Summary | HWE | 000042 | to | HWE | 000054 | | RR-3 |
| DE-653 | Honeywell Teterboro Operations C141 Displays | HWE | 000033 | to | HWE | 000041 | | RR-4 |
| DE-654 | Honeywell CMFD Gross Margin Records | H | 57436 | to | H | 57438 | | RR-5 |
| DE-655 | Honeywell CMFD Gross Margin Records | H | 70131 | to | H | 70134 | | RR-6 |
| DE-656 | CMFD Purchase Orders | LMCD | 0002397 | to | LMCD | 0002481 | | RH-4, DF-5 |
| DE-657 | Requirements Document for CMFD | LMCD | 0011284 | to | LMCD | 0011290 | | RH-5 |
| DE-658 | Deposition of Nancy B. Sanders, dated October 30, 2006 | | | | | | | |
| DE-659 | Preliminary Price Negotiation Memorandum | GVT | 103-8614 | to | GVT | 103-8638 | | NS-17 |
| DE-660 | Price Negotiation Memo for -2055 contract | GVT | 103-8600 | to | GVT | 103-8613 | | NS-18 |
| DE-661 | Value analysis Summary of C-130E/H v. C-130J | GVT | 103-8639 | to | GVT | 103-8644 | | NS-22 |
| DE-662 | FY06 Spares Orders | GVT | 119-0270 | to | GVT | 119-0274 | | NS-23 |
| DE-663 | Deposition of David Burkardt, dated October 30, 2006 | | | | | | | |
| DE-664 | F33657-95-C-2380 Relevant Mods | GVT | 137-0044 | to | GVT | 137-0273 | | DB-6 |
| DE-665 | Taiwan foreign military sales spreadsheet | GVT | 138-0001 | to | GVT | 138-0005 | | DB-7 |
| DE-666 | Mid-Life Updatė Proposal and Price Negotiation Memos | GVT | 136-0001 | to | GVT | 136-0113 | | DB-9 |

ATTACHMENT A

EXHIBIT LIST FOR DEFENDANT, THE UNITED STATES FOR FEBRUARY 26, 2007

**Case Name:** Honeywell Int'l, Inc., et al. v. United States, et al. **Number** 02-1909C

| EX. NO. | DESCRIPTION OF EXHIBIT | ID. | | | Deposition Exhibit |
|---|---|---|---|---|---|
| DE-667 | Price Negotiation Memo 03-C-0221 | | | | TL-15 |
| DE-668 | Deposition of Dolores Fidishun, dated January 11, 2007 | | | | |
| DE-669 | Government Subpoena to Penn State | | | | DF-1 |
| DE-670 | Reetz thesis as produced by Penn State | PS 0040 | to | PS 0108 | DF-2 |
| DE-671 | Catalog card sample | | | | DF-3 |
| DE-672 | Penn State Library Records | PS 0001 | to | PS 0003 | DF-4 |
| DE-673 | Reetz Thesis as produced by the Government | GVT 018-0978 | to | GVT 018-1046 | DF-5, DE-301 |
| DE-674 | Honeywell Subpoena to Penn State | | | | DF-6 |
| DE-675 | 1981 - 1983 PSU Graduate Degree General Catalog | PS 0109 | to | PS 0127 | DF-7 |
| DE-676 | Letter of Jan. 9, 2007 re status of Reetz as graduate student | | | | DF-8 |
| DE-677 | Printouts of PSU graduate course requirements | PS 0032 | to | PS 0039 | DF-9 |
| DE-678 | Web site printout: MARC 21 Concise Bibliographic: Control Field 008 | H 73820 | to | H 73841 | DF-10 |
| DE-679 | Article: LIAS: Online Catalog at Penn State University | H 73842 | to | H 73856 | DF-11 |
| DE-680 | Web site CAT printout | H 74023 | to | H 74024 | DF-12 |
| DE-681 | Article- LIAS: Online Catalog at Penn State University | H 73899 | to | H 73900 | DF-13 |
| DE-682 | Web site CAT printout | H 73820 | to | H 73841 | DF-14 |
| DE-683 | Web site CAT printouts | H. 73901 | to | H 73902 | DF-15 |
| DE-684 | PSU Academic Computing Fall 1998 | H 74025 | to | H 74068 | DF-16 |
| DE-685 | E-mail communications | PS 0004 | to | PS 0006 | DF-17 |
| DE-686 | Web site CAT printout | H 74001 | to | H 74002 | DF-18 |
| DE-687 | Reetz thesis copy from University Park | | | | DF-19 |
| DE-688 | Deposition of Delores Wiant, dated February 23, 2007 | | | | |
| DE-689 | Affidavit of Delores Wiant, dated Oct. 11, 2007 | | | | DW-1 |
| DE-690 | Affidavit of Delores Wiant, dated Feb. 2, 2007 | | | | DW-2 |
| DE-691 | Exerpts from DF-2, DF-4 | PS 0001, 0040 | to | PS 0042 | DW-3 |
| DE-692 | E-mail | PS 0004 | to | PS 0006 | DW-4 |
| DE-693 | E-mail with attachment | | | | DW-5 |
| DE-694 | E-mail with attachment | | | | DW-6 |
| DE-695 | E-mail | | | | DW-7 |
| DE-696 | Defendant the United States' Amended Witness List | | | | DW-8 |
| DE-697 | E-mail with attachment | | | | DW-9 |
| DE-698 | Redlined draft of second Affidavit of Delores Wiant | | | | DW-10 |
| DE-699 | Drawing of card catalog location in 1983-1985 | | | | DW-11 |
| DE-700 | Web site CAT printout | H 74001 | | | DW-12 |

ATTACHMENT A

EXHIBIT LIST FOR DEFENDANT, THE UNITED STATES FOR FEBRUARY 26, 2007

**Case Name**: Honeywell Int'l, Inc., et al. v. United States, et al. **Number** 02-1909C

| EX. NO. | DESCRIPTION OF EXHIBIT | ID. | | | | | | Deposition Exhibit |
|---|---|---|---|---|---|---|---|---|
| DE-701 | Article- LIAS: Online Catalog at Penn State University | H | 73842 | to | H | 73856 | DW-13 |
| DE-702 | PSU Academic Computing Fall 1998 | H | 74025 | to | H | 74068 | DW-14 |
| DE-703 | Due Date Card from Reetz Thesis (redacted) | PS | 0002 | | | | DW-15 |
| DE-705 | L-3 Cost Proposal | LMCD | 0003700 | to | LMCD | 0003701 | |
| DE-706 | ADC Cost Proposal | LMCD | 0009557 | | | | |
| DE-707 | Deposition of Julie Davis, dated February 13, 2007 | | | | | | |
| DE-708 | Preliminary Expert Report | | | | | | Davis Ex. 1 |
| DE-709 | Supplemental Report | | | | | | Davis Ex. 2 |
| DE-710 | Second Supplemental Report | | | | | | Davis Ex. 3 |
| DE-711 | Corrected pages to Second Supplemental Report | | | | | | Davis Ex. 4 |
| DE-712 | Amendment to License Agreement between AlliedSignal and AlliedSignal Technologies effective September 1, 1995 | H | 72820 | to | H | 72824 | Davis Ex. 5 |
| DE-713 | License Agreement between Honeywell Intellectual Properties, Inc. and Honeywell, Inc. effective September 1, 2001 | H | 72825 | to | H | 72834 | Davis Ex. 6 |
| DE-714 | Deposition of Col. William Lawrence, dated February 16, 2007 | | | | | | |
| DE-715 | Expert Report of Col. William S. Lawrence on Factors Affecting Damages | | | | | | Lawrence-6 |
| DE-716 | Internet Printout: Cockpit Scan and Loss of Situational Awareness | | | | | | Lawrence-7 |
| DE-717 | Internet Printout: The dangers of wartime flying | | | | | | Lawrence-8 |
| DE-718 | Internet Printout: In The Dark Of The Night: Night Vision Goggles (NVG) Mishaps Lessons Learned | | | | | | Lawrence-9 |
| DE-719 | Direct Testimony of Col. William S. Lawrence, dated December 8, 2006 | | | | | | Lawrence-10 |
| DE-720 | USAARL Report | | | | | | Lawrence-11 |