**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., Plaintiffs, | |
| v. | No. 02-1909C |
| THE UNITED STATES, Defendant, and | Judge Susan Braden |
| LOCKHEED MARTIN CORPORATION and L-3 COMMUNICATIONS CORPORATION, Defendant-Intervenors. | |

**DEFENDANT THE UNITED STATES' WITNESS LIST**

Pursuant to the Court's January 5, 2007 Order and RCFC Appendix A, ¶ 13(b), the United States ("Government") hereby submits its Witness List, for trial scheduled to begin on February 26, 2007.

This Witness List reflects the Government's identification of witnesses for the damages portion of the trial, which the Government understands is limited to the issue of the damages asserted by the Plaintiffs as to Counts I and II of the Amended complaint with respect to three products found to infringe United States Patent No. 6,467,914 ("the '914 patent"). The Witness List also includes witnesses whose testimony will be used (in addition to testimony already introduced) to establish the public availability and/or publication of various references prior to the filing date of the '914 patent.

The Government reserves the right to supplement this Witness List with additional individuals, in order to rebut exhibits disclosed in Honeywell's Exhibit List or testimony proposed in Honeywell's Witness List, or to add additional witnesses as necessary or appropriate in light of Honeywell's rebuttal witnesses.

To overcome any objection to the introduction of testimony by deposition for any designated witness, the Government reserves the right to call any such witnesses to provide live testimony at trial. The Government also reserves the right to identify and call further witnesses to overcome any objection to the admissibility of any Government exhibit. The Government also reserves the right to call any of the witnesses identified on any other party's will call or may call list, either live or by deposition. The Government also reserves the right to rely upon any trial or deposition testimony that is already in the record or has been listed as an exhibit, including without limitation the depositions admitted as trial exhibits pursuant to the Court's April 17, 2006 Order Regarding Exhibits Admitted At Trial, and any depositions listed as exhibits for the Secrecy Act Trial and the Defenses Trial.

The Government will or may call the following witnesses.

1. Dr. Harry Lee Task
Task Consulting
2466 W. Golden Hills Road
Tucson, Arizona 85745
Telephone: (520) 622-0250
Contact via Christopher Crumbley (202) 307-0415

The Government will call Dr. Task to provide expert testimony concerning the utility, benefits and/or advantages of the invention described in claim 2 of the '914 patent; expert testimony concerning acceptable non-infringing substitutes to the invention described in claim 2 of the '914 patent; and expert testimony concerning the elements of the devices found to infringe claim 2 of the '914 patent that contribute to the invention of claim 2 of the '914 patent, consistent with Dr. Task's expert reports in this matter.

2. Philip Green
Hoffman Alvary & Company LLC
Seven Wells Avenue
Newton, MA 02459
Telephone: (617) 758-0500
Contact via Christopher Crumbley (202) 307-0415

The Government will call Mr. Green to provide expert and opinion testimony concerning the assessment of damages, consistent with Mr. Green's expert reports in this matter.

3. Mr. Eric Thompson
Lockheed Martin Corporation
Contact via Thomas Madden (202) 344-4000

The Government may introduce the deposition testimony of Mr. Thompson, or may call Mr. Thompson to testify live, concerning the manner in which NVGs are made available for use with C-130Js which contain CMDUs and C-130Hs which contain RDUs, and other information relevant to the assessment of damages.

4. Mr. Wender Cox
Lockheed Martin Corporation
Contact via Thomas Madden (202) 344-4000

The Government may introduce the deposition testimony of Mr. Cox, or may call Mr. Cox to testify live, concerning CMDU and RDU sales and purchases, including the number of CMFDs purchased and sold by Lochkeed Martin, transfers, profit, and other information relevant to the assessment of damages.

5. Mr. James Pierce
L-3 Communications Corporation
Contact via John Harbin (404) 572-2595

The Government may introduce the deposition testimony of Mr. Pierce, or may call Mr. Pierce to testify live, concerning L3's marketing of CMDU and RDUs, sales, profits, and benefits from use of NVG-compatible full color displays, and other information relevant to the assessment of damages.

6. Ms. Loria B. Yeadon
Honeywell Intellectual Properties, Inc.

The Government may introduce the deposition testimony of Ms. Yeadon, or may call Ms. Yeadon to testify live, concerning Honeywell's licensing practices, including existing licenses for displays and comparable technologies, and licensing considerations, and other information

relevant to the assessment of damages.

7. Roger W. Rodden
Honeywell Aerospace Albuquerque

The Government may introduce the deposition Mr. Rodden concerning facts relevant to Honeywell's sales of CMFDs, Honeywell's costs, profits and other financial data resulting from the sales of CMFDs, and other related information.

8. Dolores Fidishun
Head Librarian
Penn State Great Valley
30 East Swedesford Road
Malvern, Pennsylvania 19355
Contact via Matt Rogers (814) 238-4926

The Government will introduce the deposition testimony of Dr. Fidishun concerning facts relevant to the date on which the Reetz Thesis, DE-301, was made available to the public and/or published, including the indexing, cataloging, and shelving of the thesis, its accessibility, and the typical practices and procedures of the Penn State Great Valley Library and other Penn State Libraries.

9. Delores Wiant
Contact via Matt Rogers (814) 238-4926

The Government will introduce the deposition of Ms. Wiant, concerning facts relevant to the date on which the Reetz Thesis, DE-301, was made available to the public and/or published, including the indexing, cataloging, and shelving of the thesis, its accessibility, and the typical practices and procedures of the Penn State Great Valley Library.

Submitted by,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

Dated: February 23, 2007

s/*Christopher L. Crumbley*
CHRISTOPHER L. CRUMBLEY
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0415
Facsimile: (202) 307-0345

Attorneys for the United States

OF COUNSEL:
TREVOR M. JEFFERSON
JOSHUA B. BRADY