# In the United States Court of Federal Claims

No. 02-1909C
Filed March 7, 2007

**************************************
*
HONEYWELL INTERNATIONAL INC., *
and HONEYWELL INTELLECTUAL *
PROPERTIES INC., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
LOCKHEED MARTIN CORP., *
*
Defendant-Intervenor, and, *
*
L-3 COMMUNICATIONS CORP., *
*
Defendant-Intervenor. *
*
**************************************

**ORDER**

The court hereby orders that the transcript from the damages hearing held on February 26, 2007 through March 2, 2007 shall be placed under seal.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**