# In the United States Court of Federal Claims

No. 02-1909C
Filed March 8, 2007

*************************************

HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

LOCKHEED MARTIN CORP.,

Defendant-Intervenor, and,

L-3 COMMUNICATIONS CORP.,

Defendant-Intervenor.

*************************************

**SCHEDULING ORDER**

The court hereby orders the following briefing schedule with respect to the liability issues under the Secrecy Act, 35 U.S.C. § 183:

1) The parties will submit opening briefs on or before April 16, 2007.

2) The parties will submit responsive briefs on or before April 30, 2007.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**