# In the United States Court of Federal Claims

No. 02-1909C
Filed April 9, 2007

*************************************

HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

LOCKHEED MARTIN CORP.,

Defendant-Intervenor, and,

L-3 COMMUNICATIONS CORP.,

Defendant-Intervenor.

*************************************

**SCHEDULING ORDER**

Pursuant to Plaintiff's April 9, 2007 e-mail request, the court hereby orders the following amended briefing schedule with respect to the liability issues under the Secrecy Act, 35 U.S.C. § 183. This Scheduling Order will supersede the court's March 8, 2007 Scheduling Order.

1) The parties will submit opening briefs on or before April 23, 2007.

2) The parties will submit responsive briefs on or before May 7, 2007.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**