# In the United States Court of Federal Claims

No. 02-1909C
Filed April 24, 2007

*************************************
HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

LOCKHEED MARTIN CORP.,

Defendant-Intervenor, and,

L-3 COMMUNICATIONS CORP.,

Defendant-Intervenor.
*************************************

**ORDER**

The court hereby orders the parties to electronically file the post-trial briefs regarding the liability issues under the Secrecy Act, 35 U.S.C. § 183. The parties will follow proper electronic filing procedures to ensure that the briefs are filed under seal if protected information is contained therein.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**