# In the United States Court of Federal Claims

No. 02-1909C
Filed April 30, 2007

*************************************

HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

LOCKHEED MARTIN CORP.,

Defendant-Intervenor, and,

L-3 COMMUNICATIONS CORP.,

Defendant-Intervenor.

*************************************

**ORDER**

Pursuant to Plaintiffs' unopposed April 27, 2007 e-mail request, the court hereby extends the time for filing the responsive briefs regarding the liability issues under the Secrecy Act, 35 U.S.C. § 183, until June 1, 2007.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**