# In the United States Court of Federal Claims

No. 02-1909C
Filed: May 30, 2007

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| LOCKHEED MARTIN CORP., | * |
| Defendant-Intervenor, and, | * |
| L-3 COMMUNICATIONS CORP., | * |
| Defendant-Intervenor. | * |

## ORDER

Pursuant to Plaintiffs' unopposed May 29, 2007 e-mail request, the court hereby extends the time for filing the responsive briefs regarding the liability issues under the Secrecy Act, 35 U.S.C. § 183, until June 8, 2007.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**