# In the United States Court of Federal Claims

No. 02-1909C
Filed: June 27, 2007

HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

LOCKHEED MARTIN CORP.,

Defendant-Intervenor, and,

L-3 COMMUNICATIONS CORP.,

Defendant-Intervenor.

**SCHEDULING ORDER FOR POST-TRIAL BRIEFING ON DEFENSES AND DAMAGES**

Pursuant to the agreement of the parties, the court hereby enters the following post-trial briefing schedule:

1. Defenses Briefing:
   a. Defendants will submit opening briefs on affirmative defenses on or before August 17, 2007.
   b. Plaintiffs will submit an opposition brief on affirmative defenses on or before September 28, 2007.
   c. Defendants will submit reply briefs on affirmative defenses on or before October 19, 2007.

2. Damages Briefing:
   a. Plaintiffs will submit an opening brief on damages on or before November 2, 2007.
   b. Defendants will submit opposition briefs on damages on or before November 30, 2007.
   c. Plaintiffs will submit a reply brief on damages on or before December 18, 2007.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**