# In the United States Court of Federal Claims

No. 02-1909C
Filed: August 16, 2007

*************************************
HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

LOCKHEED MARTIN CORP.,

Defendant-Intervenor, and,

L-3 COMMUNICATIONS CORP.,

Defendant-Intervenor.
*************************************

**AMENDED SCHEDULING ORDER FOR POST-TRIAL BRIEFING ON DEFENSES AND DAMAGES**

Pursuant to the agreement of the parties, the court hereby enters the following amended post-trial briefing schedule:

1. Defenses Briefing:

   a. Defendants will submit opening briefs on affirmative defenses on or before August 24, 2007.

   b. Plaintiffs will submit an opposition brief on affirmative defenses on or before October 5, 2007.

   c. Defendants will submit reply briefs on affirmative defenses on or before October 26, 2007.

2. Damages Briefing:

   a. Plaintiffs will submit an opening brief on damages on or before November 2, 2007.

   b. Defendants will submit opposition briefs on damages on or before November 30, 2007.

   c. Plaintiffs will submit a reply brief on damages on or before December 18, 2007.

Additionally, the court hereby waives the page limitations of RCFC 5.2 for all remaining briefs on defenses and damages.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**