# In the United States Court of Federal Claims

No. 02-1909C

Filed: October 3, 2007

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, Defendant, and | * |
| LOCKHEED MARTIN CORP., Defendant-Intervenor. | * |

**SCHEDULING ORDER**

The court hereby grants Plaintiffs' October 3, 2007 unopposed request for a one-week extension on the remaining defenses briefing. Therefore, Plaintiffs will submit an opposition brief on affirmative defenses on or before October 12, 2007, and Defendants will submit reply briefs on affirmative defenses on or before November 2, 2007.

**IT IS SO ORDERED.**

s/ Susan G. Braden

**SUSAN G. BRADEN**

**Judge**