# EXHIBIT A

NORTH ATLANTIC TREATY ORGANIZATION

ADVISORY GROUP FOR AEROSPACE RESEARCH AND DEVELOPMENT

(ORGANISATION DU TRAITE DE L'ATLANTIQUE NORD)

AGARD Conference Proceedings No.379

# VISUAL PROTECTION AND ENHANCEMENT

Papers presented at the Aerospace Medical Panel Symposium held in Athens, Greece, 22—24 April 1985.

CONTENTS


| | Page |
|---|---|
| PANEL AND MEETING OFFICIALS | iii |
| OPENING ADDRESS<br>by D.Apostolakis | vii |
| TECHNICAL EVALUATION REPORT<br>by D.H.Brennan | ix |
| | **Reference** |
| IMAGE INTENSIFIERS: PAST AND PRESENT<br>by R.W.Verona | 1 |
| FLIR, NVG AND HMS/D SYSTEMS FOR HELICOPTER OPERATION: A REVIEW<br>by H.-D.V.Böhm | 2 |
| OPERATIONAL EXPERIENCES WITH NIGHT VISION GOGGLES IN HELICOPTER LOW-LEVEL FLIGHT AT NIGHT<br>by H.Haidn | 3 |
| EVALUATION OF HELICOPTER HELMET-MOUNTED DISPLAY MOCK-UP<br>EVALUATION D'UNE MAQUETTE DE VISUEL POUR HELICOPTERE<br>by G.Santucci and C.Valot | 4 |
| DISCUSSION: PAPERS 1—4 | D1 |
| VISUAL AND SPECTRORADIOMETRIC PERFORMANCE CRITERIA FOR NIGHT VISION GOGGLES (NVG) COMPATIBLE AIRCRAFT INTERIOR LIGHTING<br>by W.A.Breitmaier and F.Reetz III | 5 |
| NIGHT VISION SUPPORT DEVICES: HUMAN ENGINEERING INTEGRATION<br>by L.V.Genco | 6 |
| MICRO-HEADS-UP DISPLAY FOR ENHANCEMENT OF NIGHT VISION GOGGLE OPERATIONS<br>by R.Simmons, K.Kimball and B.Hamilton | 7 |
| AEROMEDICAL LESSONS LEARNED WITH NIGHT VISION DEVICES<br>by D.R.Price and W.E.McLean | 8 |
| DISCUSSION: PAPERS 5—8 | D2 |
| THE INTEGRATION OF NIGHT VISION GOGGLES WITH UNITED KINGDOM AIRCREW PROTECTIVE HELMETS*<br>by A.J.F.MacMillan | 9 |
| NIGHT VISION BY NVG WITH FLIR<br>by G.C.Bull | 10 |
| PARTICULAR PROBLEMS OF AIRWORTHINESS FROM AN OPHTHALMOLOGICAL VIEW<br>by J.Draeger, K.Hanke and H.Wirt | 11 |
| DISCUSSION: PAPER 11 | D3 |
| Paper 12 withdrawn | |
| COMPUTER VISUAL SIMULATION OF CONTRAST SENSITIVITY DEFICITS INDUCED BY LASER AND CHEMICAL ANTIDOTE EXPOSURE<br>by H.Zwick, D.Monroe and L.Sherman | 13 |
| NEW GLASSES FOR PRESBYOPIC PILOTS<br>by J.Draeger, H.Wirt and K.Hanke | 14 |


*Issued in Classified Publication CP-379 (Supplement)

MENDATIONS

he technologies of visual protection and enhancement are constantly changing there is a need for ymposia on these topics. The mix of disciplines including engineering, visual science, logy, psychology and military aviation should continue.



# IMAGE INTENSIFIERS: PAST AND PRESENT

MAJ(P) Robert W. Verona, Ph.D.
Research and Development Coordinator
Night Vision and Electro-optics Laboratory
United States Army Electronics Research and Development Command
Fort Belvoir, Virginia 22060-5606

Summary

The evolution of the image intensifier is presented from the first through the third generation. Technological advancements during the past two decades, such as the microchannel plate (MCP) and the gallium arsenide photocathodes, have significantly improved the image intensifier's projected life time and performance capabilities. Improved manufacturing techniques have contributed to the intensifier's extended life and expanded performance capabilities. This continued progress attests that the image intensifier continues to be a viable sensory extension helping men achieve his goal, the conquest of darkness!

## Introduction

An image intensifier is an electronic viewing device that amplifies dim ambient light reflected from objects and presents this amplified image on a fluorescent screen. An image intensifier thus provides a means of multiplying the available reflected light so it can be seen by the eye.

This paper presents the evolution of the image intensifiers from the first generation, through the second generation, to the current third generation. The theory of operation, capabilities and limitations, and performance comparisons are presented for all three generations.

## Background

Some of the first night vision enhancement devices were search lights. They were simple and effective, but were cumbersome and required large amounts of energy to operate. Their biggest problem, however, was their conspicuity! Friend and foe were able to take advantage of the light. A covert night vision enhancement device was needed that could be used only by specially equipped individuals. Near-infrared viewers and near-infrared search light filters were the answers.

The high-power search lights were modified with infrared filters which blocked visible light and passed only near-infrared (700 to 1,200 nm) energy. A simple image converter tube was used to view the illuminated scene. This approach had its draw-backs as near-infrared viewers became commonplace and useable by friend and foe. A passive viewing device was needed that did not emit detectable radiation, but simply used available light. The image intensifier was the answer.

Image intensifiers are completely passive, that is, they are not detectable by the enemy. The first generation of military image intensifiers were introduced to the field in 1965. There are currently three generations of image intensifiers used by the US military, each generation representing a tremendous technological advancement. (See Figure 1.)



FIGURE 1. Photograph of first, second and third generation intensifier tubes without power supplies and potting. Only one stage of the first generation tube is shown.

## First Generation Image Intensifiers

There are two major configurations of first generation image intensifier tubes: three stage tubes and demagnification tubes. The three-stage configuration is formed by

fiber-optic coupling three single-stage unity-magnification tubes to achieve the desired amplification. The demagnification configuration tubes concentrate the electron image from the photocathode to a 300% smaller phosphor screen to achieve the desired amplification.

The scene being viewed through the image intensifier device is focused on a photosensitive material, the photocathode, as shown in Figure 2. The photocathode surface emits electrons proportional to the amount of light striking it from each point in the scene. The emitted electrons are accelerated from the photocathode toward a phosphor screen by an electric field. The light emerging from the phosphor screen is proportional to the number and velocity of the electrons striking it at each point. The observer views the amplified scene image appearing on the phosphor screen through an eyepiece.



FIGURE 2. Diagrams of first generation imageintensifier tube. Diagram (a) shows a single-stage tube and diagram (b) shows a three-stage tube.

The amount of amplification, or gain, of an image intensifier is expressed as the ratio of light-in to light-out. Three-stage tubes typically have a gain of about 40,000 and demagnification tubes typically have a gain of about 2,000. Resolution limit for the first generation tubes is about 30 to 35 line-pairs/mm. First generation tubes use S-20 photocathodes. These multialkali photocathodes have an average luminous efficiency of approximately 350 microamps/lumen. The S-20 photocathode is sensitive from 400 to 850 nm, with a broad peak from 500 to 600 nm. Since the sensitivity of the photocathode extends into the near infrared, they are able to detect near-infrared sources while remaining undetectable.

The first generation intensifiers are very susceptible to blooming from bright light sources. If a bright light source appears in the device's field-of-view, the overall contrast of the intensified image is greatly reduced. If the light source is sufficiently bright, the protection circuitry in the intensifier power supply momentarily shuts down the intensifier. The peak full area luminance displayed on the phosphor screen is normally on the order of 5 to 10 footlamberts.

First generation image intensifiers are very robust and have a very long life, well into the ten-thousand hour range. Gradually the sensitivity of the photocathode diminishes and the phosphor screen shows the blackened burn marks from staring at bright point light sources. The weakest parts of the first generation systems are the battery and the oscillator module that converts the battery energy to an alternating current source for the intesifier's power supply.

Second Generation Image Intensifiers

Many of the first generation intensifier limitations were overcome by the second generation intensifier tube technology. The second generation image intensifier tubes are significantly smaller and lighter than the first generation. One version of the second generation tube is so small that two intensifiers may be used in a binocular head mounted system, the Night Vision Goggles. This miniaturization is achieved by the use of a microchannel plate (MCP). The MCP is used in conjunction with the photocathode to produce the required light amplification.

Light from the scene being viewed is focused on the photocathode, the same way it was in the first generation intensifier (see Figure 3). The photocathode material is also the same, an S-20 multialkali. But now, the electrons emitted from the photocathode impinge on a microchannel plate (MCP).

The MCP, shown in Figure 4, is a thin 1 mm wafer of tiny glass tubes which channel the electrons from the photocathode to the phosphor screen. As the electrons pass through the millions of glass tubes, they strike the emissive material coating the channel walls and cause the emission of secondary electrons. The tiny channels are tilted about 8 degrees so the electrons are sure to strike the walls many times on their way to the phosphor screen. Thousands of electrons exit the MCP for each electron that enters from the photocathode. The emerging electrons maintain their relative spatial position



and strike the display screen phosphor. The photocathode, MCP, and phosphor screen are in "proximity focus," that is, located very close to each other, so that the electrons do not diverge and blur the image. The phosphor screen is usually deposited on a fiber optic inverter. This inverter twists the image 180 degrees so that the scene appears erect when viewed through the eyepiece.



FIGURE 3. Diagrams of second generation 18 mm goggle and inverter image intensifier tubes.



FIGURE 4. Diagram of microchannel plate (MCP) used in second and third generation image intensifier tubes.

The mass production of the MCP was the technological advancement that made the second generation possible. The MCP minimizes the contrast reduction imposed by bright light sources in the image intensifier's field-of-view. Individual channels can saturate without causing the entire device to saturate as in the first generation systems. However, local area contrast degradation still results from the localized saturation. A bright light source produces high electron densities at the MCP and phosphor screen. The high electron densities sometimes form a halo around the image of the bright light source. This halo degrades the contrast of adjacent portions of the intensified image.

An automatic brightness control (ABC) helps to protect the observer from bright flashes. The ABC does not control the number of electrons released from the photocathode; the ABC controls the MCP voltage to hold the output tube luminance to a specified level. The ABC keeps the peak display luminance between 0.2 and 0.3 footlamberts for a full range of input energy.

A bright source protection (BSP) circuit may also be incorporated in the power supply. The BSP protects the tube by limiting the number of electrons leaving the photocathode. The BPS greatly reduces the voltage between the photocathode and the input side of the MCP when the input light levels cause excessive photocathode current to flow.

The gain of the second generation tubes averages about 20,000 to 30,000--somewhat less than the first generation tubes. The second generation intensifiers require less power than their predecessors which means smaller, longer-lasting batteries. The first generation intensifier batteries are 6.75 volts and the second generation intensifier batteries are 2.7 volts.

The end of life for second generation tubes is primarily caused by ion bombardment of the photocathode. The photocathode becomes contaminated by ions given off by the MCP as it is struck by electrons from the photocathode. These ions splashing back on the photocathode cause a gradual loss of luminous efficiency. The higher the light level at the imaged scene, the more ions generated, and the shorter the life expectancy of the second generation tube. Another factor that contributes to the death of the tube is a gradual drop in secondary emission through the MCP. Generally, second generation tubes operate for 2,000 to 4,000 hours at 1/4 moonlight illumination.

Third Generation Image Intensifiers

The third generation image intensifier tubes perform much better than the first or second generation tubes under starlight illumination levels. The third generation tubes are as small as the second generation tubes, yet live as long as the first generation tubes, greater than 10,000 hours.

The third generation intensifiers, shown in Figure 5, schematically look like the second generation intensifiers. Light from the scene being viewed is focused on the photocathode. The third generation tubes, however, use a gallium arsenide photocathode bonded to a glass faceplate. The gallium arsenide photocathode surpasses the photosensitivity of the S-20 multialkali photocathodes beyond 550 nm. The sensitivity of the third generation photocathode is more than 1,000 microamps/lumen compared to the 350 microamps/lumen average of the first and second generation photocathodes.



FIGURE 5. Diagram of third generation image intensifier tube.

The electrons emitted from the photocathode impinge on the MCP as they did in the second generation tubes, but now, they must pass through a metal oxide film applied to the MCP. This metal oxide film is transparent to the electrons, but not to the ions that could cause photocathode death. The metal oxide film traps the ions and prevents them from contaminating the photocathode. There are, however, some repercussions resulting from the presence of the oxide film.

The metal oxide ion barrier deposited on the photocathode side of the MCP requires the bias voltage between the photocathode and MCP to be increased from 200 to 800 VDC. This increased bias voltage requires the photocathode-to-MCP spacing to be increased to prevent arcing. The increased bias voltage raises the electric field strength which helps to maintain the focus of the electron image from the photocathode to the MCP. This gives the third generation tubes a typical resolution capability of 36 line-pairs/mm instead of 28 line-pairs/mm with the second generation tubes. The full area display luminance is also higher with the third generation devices with a range of 0.7 to 1.2 FL.

It is important to remember that there are no inherent qualities of the third generation that would lead to improved resolution. The first and second generation tubes could have the same resolution. Manufacturing and methods improvements make the difference, not the inherent operating physics.

Depositing metal oxide on the second generation's MCP would also improve life, but it would cause a 30% decrease in the signal-to-noise ratio. This decrease in the signal-to-noise ratio is unaffordable in the second generation technology but affordable in the third generation technology. One minor draw-back of the increased photocathode to MCP spacing is an increase in halo size from bright light sources when compared to second generation performance.

The third generation intensifiers with their gallium arsenide photocathodes are more usable during lower light levels than the first and second generation intensifiers. The gallium arsenide extends the tubes' spectral sensitivity range to 950 nm (see Figure 6), a region where near-infrared radiation from the stars is plentiful. The photon rate is five to seven times greater in the region of 800 to 900 nm, where the third generation photocathode sensitivity peaks, than in the visible region in the neighborhood of 500 to 600 nm. The increased luminous efficiency of gallium arsenide is also much greater than the S-20 photocathode, thus providing another three fold increase.

There are two configurations of the third generation tube currently in production. One configuration has a fiber optic inverter and a miniaturized power supply. This tube is used in the Aviator's Night Vision Imaging System (ANVIS). The objective lenses in this system are coated with a dielectric film (called a minus blue filter) that rejects wavelengths less than 600 nm, so the ANVIS is compatible with the blue-green crewstation lighting. The other third generation tube configuration has no fiber optic inverter and is used in the AN/PVS-7, One Tube Night Vision Goggles, and Cat Eyes.



The luminance output of the first, second, and third generation devices is determined by the amount of current the power supply will provide. The total current drawn by the display is limited; the light generated by this current can be concentrated in one spot or distributed over the entire screen. The values provided in this paper are for full screen illumination; half the screen would be twice as bright. Small areas can be much brighter than the full-display luminance quoted in the tube specifications.



FIGURE 6. Comparison of sensitivities between second and third generation image intensifier tubes. Also shown is night sky irradiance.

Future Developments

Will there be a fourth generation? Probably not, is the answer image intensifier developers profess. There are, however, several improvements they would like to make on the third generation intensifiers. The third generation demagnification tube may be a low-cost, efficient image intensifier. For some applications, small size may not be a controlling factor, so the elimination of the expensive MCP and the enlargement of the photocathode may prove to be an alternative to present designs. Developers are also improving the photocathode manufacturing techniques and expect to make photocathodes with a luminous efficiency approaching 2,000 microamps/lumen in the near future.