# EXHIBIT B

MCQUAIDE BLASKO

ATTORNEYS AT LAW

811 University Drive, State College, Pennsylvania 16801-6699
Additional offices in Hershey and Hollidaysburg

(814) 238-4926 FAX (814) 234-5620
www.mqblaw.com

October 17, 2006

**Via U.S. Mail**

Trevor M. Jefferson
United States Department of Justice
Civil Division
Commercial Litigation Branch IP Staff
1100 L ST NW, Room 11112
Washington, DC 20005

**In Re: *Honeywell v United States* - Reetz Masters Thesis**

Dear Mr. Jefferson:

As you requested, enclosed please find: (1) copies of the cover, spine and title page for both copies of the above-referenced masters thesis, (2) a CD containing PDF images of the covers, spines, and title pages, and (3) an affidavit signed by a retired Pennsylvania State University employee who is familiar with the indexing and shelving procedures used by the University in 1983.

If you have any further questions regarding this matter, please do not hesitate to contact me.

Very truly yours,

McQUAIDE BLASKO

By: Matthew T. Rogers

Enclosures
cc: Ann M. Snowman (w/out enclosures)
Gary C. Schultz (w/out enclosures)
Wendell V. Courtney, Esq. (w/out enclosures)

MCQUAIDE, BLASKO, FLEMING & FAULKNER, INC.

State College Office: John W. Blasko R. Mark Faulkner David M. Weixel Steven S. Hurvitz James M. Horne Wendell V. Courtney Darryl R. Slimak Mark Righter Daniel E. Bright Paul J. Tomczuk Janine C. Gismondi John A. Snyder April C. Simpson Allen P. Neely Pamela A. Ruest Katherine V. Oliver Katherine M. Allen Wayne L. Mowery, Jr. Chena L. Glenn-Hart Livinia N. Jones Cristin R. Long Matthew T. Rogers Frederick R. Battaglia Anthony A. Simon Dominick J. Muracco

Hershey Office: Grant H. Fleming Maureen A. Gallagher Michael J. Mohr Jonathan B. Stepanian

Hollidaysburg Office: Thomas M. Reese J. Benjamin Yeager Sean M. Burke Michael P. Routch

John G. Love (1893-1966) Roy Wilkinson, Jr. (1915-1995) Delbert J. McQuaide (1936-1997)

PENNSTATE

University Libraries

The Pennsylvania State University
University Park, PA 16802

To: Trevor M. Jefferson
U.S. Dept. of Justice
Civil Division
Commercial Litigation Branch IP Staff
1100 L St. NW, Room 11112
Washington, DC 20005

From: Ann Snowman
Head, Access Services
University Libraries
The Pennsylvania State University
208-B Paterno Library
University Park, PA 16802-1812

Re: Reetz Thesis

Mr. Jefferson:

Per your request, enclosed is a CD containing PDF images of the covers, spines, title pages of both copies of Ferdinand Reetz' 1983 master's thesis; bound in AACO oaktag and clasp binders, available from Pennsylvania State University Libraries.

Also included are prints of the PDF images.

Regards,

Ann Snowman
Head, Access Services
University Libraries
The Pennsylvania State University
208-B Paterno Library
University Park, PA 16802-1812
E-mail: ams32@psulias.psu.edu
Phone: (814) 863-1362

Encl: 3

REETZ, FERDINAND III

# Shared-Aperture Filter Technique for Use with AN/PVS-5A Night Vision Goggles

by
Ferdinand Reetz III

ENGS 1983

The Pennsylvania State University
The Graduate School
King of Prussia Center for Graduate Studies

# Shared-Aperture Filter Technique for Use with AN/PVS-5A Night Vision Goggles

By

Ferdinand Reetz III

Submitted in Partial Fulfillment
of the Requirements
for the Degree of

Master of Engineering/Engineering Science
December 1983

COPYRIGHT © BY FERDINAND REETZ III

I grant the Pennsylvania State University the nonexclusive right to use this work for the University's own purposes and to make single copies of the work available to the public on a not-for-profit basis if copies are not otherwise available.

FERDINAND REETZ III

Approved:

June 29, 1983
Date

Jack Stern
Advisor

July 5, 1983
Date

H. E. Weber
Assistant Dean, Graduate School

## ABSTRACT

This paper describes the work that has been performed in order to develop a "shared-aperture" filter technique for use with AN/PVS-5A Night Vision Goggles (NVG).

When the AN/PVS-5A are equipped with shared-aperture filters and when they are used with appropriate cockpit lighting, the wearer is able to look outside the cockpit (to view terrain) and inside the cockpit (to view the instrument panel) without refocusing the NVG.

The tests successfully demonstrated the use of the shared-aperture filter technique for use with the AN/PVS-5A NVG. In addition, a recommended procedure for modification of the CH-46E and UH-1N helicopter cockpit lighting systems (to make them compatible with the shared-aperture filter technique) is given.

DATE DUE

| | | | |
|---|---|---|---|
| NOV 7 1995 | | | |
| ILL [illegible] | | | |
| 8-2-89 | | | |

GAYLORD PRINTED IN U.S.A.

[illegible]
REETZ, FERDINAND
SHAPED-APERTURE FILTER TECHNIQUE FOR
USE WITH AN/PVS-5A NIGHT VISION GOGGLES.

[illegible]
REETZ, FERDINAND
SHAPED-APERTURE FILTER TECHNIQUE FOR
USE WITH [illegible] NIGHT VISION GOGGLES

| DATE DUE | BORROWER'S NAME |
|---|---|
| NOV 19 | [redacted] |
| 8-2-89 | [redacted] |
| 9-5-89 | [redacted] |
| 10-6-89 | [redacted] |

PS-0016

A00002616496O

# AFFIDAVIT OF DELORES WIANT

The undersigned, Delores Wiant, having been duly sworn and authorized according to law, hereby states that she is authorized to make this Affidavit and that the following is true and correct to the best of her knowledge, information and belief.

1. In 1983, I was employed as a library assistant for The Pennsylvania State University ("University") at the King of Prussia Graduate Center, now known as the Penn State Great Valley School of Graduate Professional Studies.

2. I am familiar with the typical practices used by the University in 1983 to index and shelve master's degree theses in the University's library at the King of Prussia Graduate Center.

3. After a King of Prussia Graduate Center graduate student's master's degree thesis was approved by the student's adviser(s), the thesis was submitted to the University's library at the King of Prussia Graduate Center as well as the University's main library system, and was thereafter indexed and shelved according to the University's typical practices in 1983.

4. After a master's degree thesis was indexed and shelved according to the University's typical practices in 1983, the thesis was made available to the public.

Oct 11, 2006
Date

Delores Wiant
Delores Wiant

COMMONWEALTH OF PENNSYLVANIA }
} SS.
COUNTY OF Montgomery }

On this, the 11 day of October, 2006, before me, the undersigned notary public, personally appeared Delores Wiant, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seals.

[SEAL]

Alana Cemini
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Alana Cemini, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires July 20, 2009
Member, Pennsylvania Association of Notaries