# EXHIBIT C

**Koehn, Mark R.**

---

**From:** Matt Rogers [MTRogers@mqblaw.com]
**Sent:** Wednesday, February 14, 2007 2:44 PM
**To:** Koehn, Mark R.
**Subject:** Honeywell v. U.S., No. 02-1909C - Quick Question

Mark,

That is a question for Josh - I do not know what they were thinking, but I personally think they probably based everything on her first affidavit (which I drafted) and what Dr. Fidishun said in her deposition. The stuff about the card catalog came out of the deposition. As you know, they drafted the second affidavit they way they wanted, and then gave it to me, I provide absolutely no input on the initial draft. I then reviewed the affidavit with her to see if the statements the government wrote were correct in her opinion. She wanted some changes made to the affidavit and I did so at her request. I then forwarded the affidavit to you and Josh.

I hate to be glib about this, but I can't speak for the government.

Matt

---

**From:** Koehn, Mark R. [mailto:markkoehn@paulhastings.com]
**Sent:** Wednesday, February 14, 2007 2:34 PM
**To:** Matt Rogers
**Subject:** RE: Honeywell v. U.S., No. 02-1909C - Quick Question

Matt:

So what was the Government's factual basis for all of the statements in the draft Affidavit Of Delores Wiant that Josh Brady emailed to you on January 23, 2007 for you to forward to Ms. Wiant?

---

Mark Koehn | Paul, Hastings, Janofsky & Walker LLP | 875 15th Street, N.W., Washington, D.C. 20005 | direct: 202 551-1876| main: 202 551 1700 | direct fax: 202 551 0276 | cell: 301 717 3226 | markkoehn@paulhastings.com| www.paulhastings.com

---

**From:** Matt Rogers [mailto:MTRogers@mqblaw.com]
**Sent:** Wednesday, February 14, 2007 2:22 PM
**To:** Koehn, Mark R.
**Subject:** Honeywell v. U.S., No. 02-1909C - Quick Question

Mark,

No one from the Government has spoken to Ms. Wiant. All Government contact has gone through me.

Matt

---

**From:** Koehn, Mark R. [mailto:markkoehn@paulhastings.com]

**Sent:** Wednesday, February 14, 2007 12:51 PM
**To:** Matt Rogers
**Subject:** Honeywell v. U.S., No. 02-1909C - Quick Question

Matt:

Please identify for me each date, if any, that the Government interviewed Delores Wiant and for each interview, how long it lasted and whether you attended.

Thanks.

---

**Mark Koehn** | Paul, Hastings, Janofsky & Walker LLP | 875 15th Street, N.W., Washington, D.C. 20005 | direct: 202 551-1876| main: 202 551 1700 | direct fax: 202 551 0276 | cell: 301 717 3226 | markkoehn@paulhastings.com| www.paulhastings.com

******************************************************************
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations govern
******************************************************************

This message is sent by a law firm and may contain information that is privileg

For additional information, please visit our website at www.paulhastings.com.

******************************************************************
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing t
******************************************************************

This message is sent by a law firm and may contain information that is privileged or

For additional information, please visit our website at www.paulhastings.com.