# EXHIBIT E

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., Plaintiffs, vs. THE UNITED STATES, Defendant, and LOCKHEED MARTIN CORP., Defendant-Intervenor, and L-3 COMMUNICATIONS CORPORATION, Defendant-Intervenor. | : | No. 02-1909C<br>Judge Susan G. Braden |

DEPOSITION OF LORIA B. YEADON

Washington, DC

Tuesday, November 7, 2006

REPORTED BY:

Victoria L. Wilson

sometime after learning about the '268 and '269 but I don't recall specifically when.

Q You learned about those in 2000, is that your testimony, when the secrecy order was lifted?

A Yes, I think the '268 first; the secrecy order lifted as to it first.

Q Okay. And did you --

A Well, actually, I would have learned about the '268 even prior to the secrecy order lifting because there would have been renewal orders, so I would have learned about, at least, existence of it, I didn't know the substance of it, but I would have known about it in -- maybe even in '99, which is when I think I signed the first renewal order.

Q Okay. And did there come a time when you reviewed the Honeywell files for the '270 application?

A I actually don't recall ever reviewing the '270.

Q Did you have anyone review the '270 application?

A Did I have anyone?

Q Let me rephrase it. After the time you learned of the secrecy orders being lifted -- well, I guess I'll rephrase based on your testimony. After the time in 1999, you signed the secrecy order form?

A The renewal order, yes, I signed that.

Q Okay. At any time after that, including after the secrecy orders were lifted, did you have anybody review the '270 file Honeywell had?

A I don't recall initiating a review of the '270. I think it was brought to my attention because I didn't -- I didn't know that it existed. I didn't know about it until -- it was a pretty long time after I knew about the '268 and '269.

Q Was it 2000, though, that you learned of the '270 application?

A I don't recall. I don't recall when I learned about it.

Q Okay. Did you come to learn that there had been claims in the '270 application that were rejected?

MR. GOTTS: Do you want to put a time

period on that?

THE WITNESS: I don't recall.

BY MR. HARBIN:

Q At any time.

A I don't recall. I knew -- only thing I knew about the '270 is that it existed and I learned that pretty long after I learned about the '268 and '269 and I don't recall any -- anything about its prosecution and, frankly, I didn't know -- I don't recall there being a prosecution; I just thought it died but I don't know why.

Q Did you come to learned that the '270 application was abandoned by Honeywell or its predecessor?

A I just know it died. I didn't know if it was abandoned. I don't know what the circumstances were.

Q Did you ever review that file, the '270 file concerning prior art that might be -- let me rephrase the question.

Did you ever review the '270 application concerning prior art that might be referenced in the

application?

A I don't recall reviewing it, period. And in terms of the prior art, I didn't know that there would be any, had no reason to believe there would be any. So I don't -- I just don't know. I just don't recall, because I didn't know much about it, period.

Q Well, you have prosecuted patents multiple times, haven't you?

A Sure.

Q Isn't it common to have prior art either copied in a file or referenced in an application file?

MR. GOTTS: Objection; lack of foundation. Objection to the form of the question.

THE WITNESS: Well, it really depends. It depends on what happened in the case. If there was -- if there was some prosecution or if there was foreign filings or something like that, perhaps, but I don't -- I -- the fact of the matter is I didn't know and I still don't know, maybe. Are you telling me there was prior art in the '270? I didn't know

about it.

BY MR. HARBIN:

Q That's not my job.

A Okay. Well, by your questions, you are suggesting something. I'm just trying to understand it. But I don't -- I didn't have any reason to believe that there was any art in the '270 or even that the '270 existed.

Q So you don't know even today if there is any prior art referenced in the '270 application?

A I don't.

Q And I take it you did not instruct anyone to review the '270 application to determine if there was prior art or other relevant information in the application.

A Since I didn't know about it, I would find it hard to believe that I instructed someone to review it.

Q Well, you have testified you did find out about the '270 application at some point.

A Yes, at some point.

Q And it could have been as early as the