# In the United States Court of Federal Claims

No. 02-1909C
Filed: October 30, 2007

*************************************
*
HONEYWELL INTERNATIONAL INC., *
and HONEYWELL INTELLECTUAL *
PROPERTIES INC., Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
Defendant, and *
*
LOCKHEED MARTIN CORP., *
Defendant-Intervenor. *
*
*************************************

**SCHEDULING ORDER**

The court hereby grants Defendants' October 26, 2007 unopposed request for a five-day extension on the remaining defenses briefing. Therefore, Defendant and Defendant-Intervenor will submit reply briefs on affirmative defenses on or before November 7, 2007.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**