# In the United States Court of Federal Claims

No. 02-1909C
Filed: November 7, 2007

*************************************
HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., Plaintiffs,

v.

THE UNITED STATES, Defendant, and

LOCKHEED MARTIN CORP., Defendant-Intervenor.
*************************************

**SCHEDULING ORDER**

The court grants Defendants' November 7, 2007 unopposed request for a two-day extension on the remaining defenses briefing. Therefore, Defendant and Defendant-Intervenor will submit reply briefs on affirmative defenses on or before November 9, 2007.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**