IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>LOCKHEED MARTIN CORPORATION,<br><br>Defendant-Intervenor, and<br><br>L-3 COMMUNICATIONS CORPORATION,<br><br>Defendant-Intervenor. | ) | No. 02-1909C<br>(Judge Braden) |

**INTERVENOR-DEFENDANT'S, LOCKHEED MARTIN CORPORATION, REPLY TO HONEYWELL'S POST-TRIAL OPPOSITION BRIEF REGARDING DEFENSES**

Intervenor-Defendant, Lockheed Martin Corporation ("Lockheed Martin"), hereby adopts the Government's and L-3's Reply to Honeywell's Post-Trial Opposition Brief Regarding Defenses.

Respectfully submitted,

Thomas J. Madden, Esquire
Venable LLP
Terrell Place
575 7th Street, N.W.
Washington, D.C. 20004-1601
Tel: (202) 344-4000
Fax: (202) 344-8300

Counsel for Lockheed Martin Corporation

**Of counsel:**
Paul A. Debolt, Esquire
Venable LLP
Terrell Place
575 7th Street, N.W.
Washington, D.C. 20004-1601
Tel: (202) 344-4000
Fax: (202) 344-8300

Dated: November 9, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of INTERVENOR-DEFENDANT'S, LOCKHEED MARTIN CORPORATION, REPLY TO HONEYWELL'S POST-TRIAL OPPOSITION BRIEF REGARDING DEFENSES, was served by email, this 9th day of November, 2007, on:

John Fargo, Esq.
Christopher L. Crumbley, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0458
Fax: (202) 307-0345
E-mail: john.fargo@usdoj.gov
christopher.crumbley@usdoj.gov
Counsel for United States

John Harbin, Esq.
King & Spalding
1180 Peachtree Street
Atlanta, GA 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: jharbin@kslaw.com
Counsel for L-3 Communications Corporation

Lawrence J. Gotts, Esq.
Paul, Hastings, Janofsky & Walker, LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1700
Fax: (202) 551-1705
E-mail: lawrence.gotts@paulhastings.com
Counsel for Honeywell International Inc. and Honeywell Intellectual Properties Inc.

Paul A. Debolt