# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., Plaintiffs, | No. 02-1909C |
| v. | Judge Susan G. Braden |
| THE UNITED STATES, Defendant, | |
| and | |
| LOCKHEED MARTIN CORPORATION and L3 COMMUNICATIONS CORPORATION, Defendant-Intervenors. | |

## DEFENDANT THE UNITED STATES' MOTION FOR LEAVE TO FILE CORRECTED POST-TRIAL REPLY MEMORANDUM

The United States ("Government") respectfully moves for leave to file a corrected version of the Government's post-trial reply brief, originally filed Friday, November 9, 2007.[1] The proposed Corrected Post-Trial Reply Memorandum Regarding Defenses to Infringement is attached hereto as Exhibit A. The Government also submits as Exhibit B a redline version showing proposed corrections to the post-trial brief.

[1]The Government notes that it received a CM/ECF filing receipt showing that the brief was filed on November 10, 2007 at 12:02 AM. This was unexpected, considering that the clock on Government counsel's computer showed several minutes remaining before midnight when the system was instructed to file. To the extent the Court determines the brief was filed past midnight, the Government retroactively moves for leave to file the original brief out of time, as the error was minor (two minutes), inadvertent, and did not result in any prejudice to plaintiffs.

The Government's original post-trial reply brief contained several formatting and typographic errors. The attached proposed brief corrects these errors. No changes are made to any substantive content of the original brief; the words of the brief are unaltered. The corrected brief also includes a Table of Authorities, which due to a computer error was omitted from the originally filed brief.

In the event the Court grants the Government's motion for leave to file, the Government respectfully requests the entry of the attached corrected brief (Exhibit A) into the record.

Submitted by,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

Dated: November 13, 2007

s/*Christopher L. Crumbley*

CHRISTOPHER L. CRUMBLEY
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0415
Facsimile: (202) 307-0345

Attorneys for the United States

OF COUNSEL:
TREVOR M. JEFFERSON