# In the United States Court of Federal Claims

No. 02-1909C
Filed: November 14, 2007

*************************************
HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., Plaintiffs,

v.

THE UNITED STATES,
Defendant, and

LOCKHEED MARTIN CORP. and L-3 COMMUNICATIONS CORP.,
Defendant-Intervenor.
*************************************

**ORDER**

The court grants the Government's November 13, 2007 Motion for Leave to File Corrected Post-Trial Reply Memorandum. The Government must file the reply memorandum separately.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**