IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br><br>**LOCKHEED MARTIN CORPORATION,**<br><br>**Defendant-Intervenor, and**<br><br>**L-3 COMMUNICATIONS CORPORATION,**<br><br>**Defendant-Intervenor.** | **No. 02-1909C**<br>**(Judge Braden)** |

**INTERVENOR-DEFENDANT' S, LOCKHEED MARTIN CORPORATION, REPLY TO HONEYWELL' S POST-TRIAL BRIEF REGARDING DAMAGES**

Intervenor-Defendant, Lockheed Martin Corporation ("Lockheed Martin"), hereby adopts the Government's and L-3's Reply to Honeywell's Post-Trial Brief Regarding Damages.

Respectfully submitted,

Thomas J. Madden for Paul A. Debolt

Thomas J. Madden, Esquire
Venable LLP
Terrell Place
575 7th Street, N.W.
Washington, D.C. 20004-1601
Tel: (202) 344-4000
Fax: (202) 344-8300

Counsel for Lockheed Martin Corporation

**Of counsel:**

Paul A. Debolt, Esquire
Venable LLP
Terrell Place
575 7th Street, N.W.
Washington, D.C. 20004-1601
Tel: (202) 344-4000
Fax: (202) 344-8300

Dated: December 1, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of INTERVENOR-DEFENDANT'S, LOCKHEED MARTIN CORPORATION, REPLY TO HONEYWELL'S POST-TRIAL BRIEF REGARDING DAMAGES, was served by email, this 1st day of December, 2007, on:

John Fargo, Esq.
Christopher L. Crumbley, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0458
Fax: (202) 307-0345
E-mail: john.fargo@usdoj.gov
christopher.crumbley@usdoj.gov
Counsel for United States

John Harbin, Esq.
King & Spalding
1180 Peachtree Street
Atlanta, GA 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: jharbin@kslaw.com
Counsel for L-3 Communications Corporation

Lawrence J. Gotts, Esq.
Paul, Hastings, Janofsky & Walker, LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1700
Fax: (202) 551-1705
E-mail: lawrence.gotts@paulhastings.com
Counsel for Honeywell International Inc. and Honeywell Intellectual Properties Inc.

Paul A. Debolt