# In the United States Court of Federal Claims

No. 02-1909C
Filed: June 2, 2008

```
**************************************
                                     *
HONEYWELL INTERNATIONAL INC.,        *
and HONEYWELL INTELLECTUAL           *
PROPERTIES INC., Plaintiffs,         *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
      Defendant, and                 *
                                     *
LOCKHEED MARTIN CORP.,               *
      Defendant-Intervenor, and      *
                                     *
L-3 COMMUNICATIONS CORP.,            *
      Defendant-Intervenor.          *
                                     *
**************************************
```

**SCHEDULING ORDER**

Pursuant to the June 2, 2008 telephone status conference, the court enters the following schedule:

1. The court will convene an evidentiary hearing on July 8, 2008 at 2:00 p.m. EDT in the United States Court of Federal Claims.

2. The parties will advise the court of the issues remaining for the hearing on or before July 3, 2008.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**