IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., Plaintiffs, v. THE UNITED STATES, Defendant, and LOCKHEED MARTIN CORP. and L3 COMMUNICATIONS CORP., Defendant-Intervenors. | ) | No. 02-1909C (Judge Braden) |

**JOINT MOTION FOR ENTRY OF**
**[proposed] ORDER REGARDING EXHIBITS ADMITTED AT TRIAL**

Honeywell International Inc. and Honeywell Intellectual Properties, Inc. (collectively, "Honeywell"), the United States ("Government"), Lockheed Martin Corporation ("Lockheed Martin"), and L-3 Communications Corporation ("L-3") hereby jointly move for entry of the accompanying proposed order regarding exhibits requested by the Court.

DATED: July 3, 2008

**RESPECTFULLY SUBMITTED BY:**

HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,

/s/Lawrence J. Gotts

Lawrence J. Gotts, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, NW
Washington, DC 20006
(202) 551.1700
(202) 551.1705 (fax)
Counsel for Honeywell International Inc. and Honeywell Intellectual Properties Inc.

**RESPECTFULLY SUBMITTED BY:**

UNITED STATES OF AMERICA

GREGORY D. KATSAS
Assistant Attorney General

JOHN FARGO
Director

/s/Christopher L. Crumbley by /s/Lawrence J. Gotts

Christopher L. Crumbley
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0415
Facsimile: (202) 307-0345
Counsel for United States

**RESPECTFULLY SUBMITTED BY:**

LOCKHEED MARTIN CORPORATION

/s/Thomas J. Madden by /s/Lawrence J. Gotts

Thomas J. Madden, Esq.
Venable LLP
Terrell Place
575 - 7th Street, N.W.
Washington, D.C. 20004-1601
Tel: (202) 344-4000
Fax: (202) 344-8300
Counsel for Lockheed Martin Corporation

**RESPECTFULLY SUBMITTED BY:**

L-3 COMMUNICATIONS CORPORATION

/s/ John W. Harbin by /s/Lawrence J. Gotts
John W. Harbin, Esq.
King & Spalding, Esq.
1180 Peachtree Street, NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Counsel for L-3 Communications Corporation

LEGAL_US_E # 80054231.1