**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>LOCKHEED MARTIN CORPORATION and L-3 COMMUNICATIONS CORPORATION,<br><br>Defendant-Intervenors. | No. 02-1909C<br>Judge Susan G. Braden |

**STIPULATION AND FINAL JUDGMENT**

It is hereby stipulated and agreed, by and among Honeywell International Inc. and Honeywell Intellectual Properties, Inc. (collectively, "Honeywell"), the United States ("Government"), Lockheed Martin Corporation ("Lockheed Martin"), and L-3 Communications Corporation ("L-3") (collectively, "Defendants"), as follows:

WHEREAS, on June 14, 2005 this Court issued a Memorandum Opinion And Order Construing Certain Claims of United States Patent No. 6,467,914 (the "'914 patent"); *see Honeywell Int'l Inc. v. United States*, 66 Fed. Cl. 400 (2005);

WHEREAS, from August 1, 2005 to August 8, 2005, this Court held an evidentiary hearing on the issue of infringement with respect to three designated products accused of infringement, namely: (1) the display system for F-16 aircraft including one or more Color Multifunction Display ("CMFD") manufactured by a predecessor to Honeywell together with one or more night vision goggle having a Class B or Class C minus blue filter ("NVG"); (2) the

display system for C-130H aircraft including one or more Radar Display Unit ("RDU") manufactured by L-3 Communications Corporation ("L-3") (or its predecessor Avionics Display Corporation) together with one or more NVG; and (3) the display system for C-130J aircraft including one or more Color Multifunction Display Unit ("CMDU") manufactured by L-3 together with one or more NVG (collectively, the "Designated Display Systems");

WHEREAS, on April 28, 2006, this Court issued a Memorandum Opinion and Order Regarding Infringement Of United States Patent No. 6,467,914, holding that the Designated Display Systems do not infringe either claim 1 or claim 3 of the '914 patent, either literally or under the doctrine of equivalents; *see Honeywell Int'l Inc. v. United States*, 70 Fed. Cl. 424 (2006);

WHEREAS, Honeywell acknowledges that under the reasoning of the Court in *Honeywell*, 66 Fed. Cl. 400 and *Honeywell*, 70 Fed. Cl. 424, leading to the Court's ruling of noninfringement of claims 1 and 3 of the '914 patent with respect to the Designated Display Systems (the "Court's Rulings"), Honeywell cannot prove infringement of those patent claims with respect to the remaining products; and

WHEREAS, in light of Honeywell's acknowledgement, litigating further over the remaining products would therefore be futile in the absence of a reversal, modification, or other alteration of either or both of the Court's Rulings.

NOW THEREFORE, the parties hereby stipulate as follows:

(1) Based upon the foregoing, the parties stipulate to entry of judgment of no infringement of claims 1 and 3 of the '914 patent with respect to all remaining products (other than the Designated Display Systems) that are accused of infringement pursuant to Count II of

the Amended Complaint (under 28 U.S.C. § 1498(a)), subject to Honeywell's appeal of either or both of the Court's Rulings that is expressly reserved.

(2) The parties further stipulate that, if Honeywell obtains on appeal a reversal, modification, or other alteration of and/or remand from either or both of the Court's Rulings, in whole or in part, Honeywell may be permitted to pursue its infringement claim under claims 1 and 3 of the '914 patent with respect to all accused products.

(3) The parties further stipulate that Honeywell's right to appeal from final judgment in this case and Honeywell's right to continue to pursue its claims with respect to all accused products in the event that Honeywell prevails on appeal is expressly reserved.

DATED: July 3, 2008

**BY CONSENT OF:**

HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,

/s/Lawrence J. Gotts

Lawrence J. Gotts, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, NW
Washington, DC 20006
(202) 551.1700
(202) 551.1705 (fax)
Counsel for Honeywell International Inc. and Honeywell Intellectual Properties Inc.

**BY CONSENT OF:**

UNITED STATES OF AMERICA

GREGORY D. KATSAS
Assistant Attorney General

JOHN FARGO
Director

/s/Christopher L. Crumbley by /s/Lawrence J. Gotts

Christopher L. Crumbley
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0415
Facsimile: (202) 307-0345
Counsel for United States

**BY CONSENT OF:**

LOCKHEED MARTIN CORPORATION

/s/Thomas J. Madden by /s/Lawrence J. Gotts

Thomas J. Madden, Esq.
Venable LLP
Terrell Place
575 - 7th Street, N.W.
Washington, D.C. 20004-1601
Tel: (202) 344-4000
Fax: (202) 344-8300
Counsel for Lockheed Martin Corporation

**BY CONSENT OF:**

L-3 COMMUNICATIONS CORPORATION

/s/ John W. Harbin by /s/Lawrence J. Gotts
John W. Harbin, Esq.
King & Spalding, Esq.
1180 Peachtree Street, NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Counsel for L-3 Communications Corporation

**FINAL JUDGMENT**

For the reasons set forth in the foregoing Stipulation and in the Court's previous orders, the Clerk of the United States Court of Federal Claims is directed to enter final judgment in favor of the Government with respect to Counts I and II, from which Honeywell may appeal, and Honeywell's right to continue to pursue its claims with respect to all accused products in the event that Honeywell prevails on appeal is expressly reserved.

**IT IS SO ORDERED.**

DATE: ____________ ____________________________________

Susan G. Braden
Judge