**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 02-1909C<br>Judge Susan G. Braden |
| THE UNITED STATES, | ) | |
| Defendant, and | ) | |
| LOCKHEED MARTIN CORPORATION and L-3 COMMUNICATIONS CORPORATION, | ) | |
| Defendant-Intervenors. | ) | |

**STIPULATION AND ORDER**

It is hereby stipulated and agreed, by and among Honeywell International Inc. and Honeywell Intellectual Properties, Inc. (collectively, "Honeywell"), the United States ("Government"), Lockheed Martin Corporation ("Lockheed Martin"), and L-3 Communications Corporation ("L-3") (collectively, "Defendants"), as follows:

WHEREAS, in this Court's April 14, 2008 Memorandum Opinion Regarding Patent Infringement Defenses, the Court relied upon DE-505, an English translation of the German Patent (DE-504); and

WHEREAS, all parties had not agreed that DE-505 was an accurate English translation of DE-504.

NOW THEREFORE, the parties hereby stipulate as follows:

(1) DE-505a (attached hereto) is an accurate English translation of DE-504;

(2) DE-505b (attached hereto) is a red-line showing the changes made to DE-505 to create DE-505a;

(3) the Court's April 14, 2008 Memorandum Opinion Regarding Patent Infringement Defenses should be and hereby is modified to replace all references to DE-505 with DE-505a; and

(4) the substitution of DE-505a for DE-505 is not material to the Court's April 14, 2008 Memorandum Opinion Regarding Patent Infringement Defenses.

**IT IS SO ORDERED.**

DATE: ____________ ____________________________________

Susan G. Braden
Judge

**BY CONSENT OF:**

HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,

/s/Lawrence J. Gotts

Lawrence J. Gotts, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, NW
Washington, DC 20006
(202) 551.1700
(202) 551.1705 (fax)
Counsel for Honeywell International Inc. and Honeywell Intellectual Properties Inc.

**BY CONSENT OF:**

UNITED STATES OF AMERICA

GREGORY D. KATSAS
Assistant Attorney General

JOHN FARGO
Director

/s/Christopher L. Crumbley by /s/Lawrence J. Gotts
Christopher L. Crumbley
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0415
Facsimile: (202) 307-0345
Counsel for United States

**BY CONSENT OF:**

LOCKHEED MARTIN CORPORATION

/s/Thomas J. Madden by /s/Lawrence J. Gotts

Thomas J. Madden, Esq.
Venable LLP
Terrell Place
575 - 7th Street, N.W.
Washington, D.C. 20004-1601
Tel: (202) 344-4000
Fax: (202) 344-8300
Counsel for Lockheed Martin Corporation

**BY CONSENT OF:**

L-3 COMMUNICATIONS CORPORATION

/s/ John W. Harbin by /s/Lawrence J. Gotts
John W. Harbin, Esq.
King & Spalding, Esq.
1180 Peachtree Street, NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Counsel for L-3 Communications Corporation