IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>LOCKHEED MARTIN CORP. and L3 COMMUNICATIONS CORP.,<br><br>Defendant-Intervenors. | No. 02-1909C<br>(Judge Braden) |

**JOINT SUBMISSION REGARDING EXHIBITS OFFERED BY GOVERNMENT AND OBJECTED TO BY PLAINTIFFS**

The parties seek a ruling from the Court regarding the following exhibits, which have been offered into evidence by Defendant The United States (the "Government") and objected to by Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. (collectively "Honeywell").

**1. DE-302**

**Description:** Color CRT Cockpit Displays and Night Vision Goggle Compatibility, SI Tech Memo K 85-3 (Smiths' Memorandum) (attached at TAB A)

**<u>Honeywell's objection to DE-302:</u>**

The Government's misrepresentations and discovery misconduct and Plaintiffs' other objections provided in informal motions practice before the Court, hearing transcripts, and trial transcripts.

**2. <u>DE-304</u>**

**<u>Description</u>:** Deposition of Teddy Wood, dated July 22, 2005 (attached at TAB B)

**<u>Honeywell's objection to DE-304:</u>**

The Government did not use or offer this exhibit.

**3. <u>DE-305</u>**

**<u>Description</u>:** Deposition of Loria B. Yeadon, dated June 13, 2005 (attached at TAB C)

**<u>Honeywell's objection to DE-305:</u>**

The Government did not use or offer this exhibit.

**4. <u>DE-306</u>**

**<u>Description</u>:** Declaration Of Loria B. Yeadon In Support Of Honeywell's Motion For Partial Summary Judgment Of Liability Under Invention Secrecy Act, dated May 31, 2006 (attached at TAB D)

**<u>Honeywell's objection to DE-306:</u>**

The Government did not use or offer this exhibit; hearsay.

**5. <u>DE-350</u>**

**<u>Description</u>:** Timeline (demonstrative; references and quotes from Smiths' Memorandum, DE-302) (attached at TAB E)

**<u>Honeywell's objection to DE-350:</u>**

The Government's misrepresentations and discovery misconduct and Plaintiffs' other objections provided in informal motions practice before the Court, hearing transcripts, and trial transcripts. The Government did not use this exhibit.

**6. <u>DE-505</u>**

**<u>Description</u>:** English translation of German Patent Application, DE 3313 899 (attached at TAB F)

**<u>Honeywell's objection to DE-505:</u>**

Plaintiffs object to DE-505 as an unsupported and inaccurate translation for which the Government did not comply with Fed. R. Evid. 604.

**7. <u>DE-526-4, -7, -9, -19a, -22, -23, -26, -28, -32, -33, -36, -41, -43, -44, -45, -47, -48</u>**

**<u>Description</u>:** Demonstrative exhibits for defenses trial (attached at TAB G)

**<u>Honeywell's objection to DE-526-4, -7, -9, -19a, -22, -23, -26, -28, -32, -33, -36, -41, -43, -44, -45, -47, -48:</u>**

The Government did not use or offer this exhibit.

**8. <u>DE-527</u>**

**<u>Description</u>:** Defense Technical Information Center Final Report: Pave Low III Prototype Development Test and Evaluation, dated March, 1978 (attached at TAB H)

**<u>Honeywell's objection to DE-527:</u>**

Not relevant and Plaintiffs' other objections as provided in trial transcripts. (*See* 11/15/06 Tr. 826-28, attached at TAB I.)

**9. DE-558**

**Description:** Claim chart (demonstrative) (attached at TAB J)

**Honeywell's objection to DE-558:**

Hearsay, improper rebuttal, and Plaintiffs' other objections provided in trial transcripts. (*See* 12/15/06 Tr. 1529-36, 1742-44, attached at TAB K.)

**10. DE-620**

**Description:** Memorandum of Agreement between Lockheed Martin and Honeywell International for the C-130J Multiyear Contract (attached at TAB L)

**Honeywell's objection to DE-620:**

The Government did not use this exhibit.

**11. DE-625**

**Description:** English translation of German Patent Application, DE 3313 899 (attached at TAB M)

**Honeywell's objection to DE-625:**

Plaintiffs object to DE-625 as not used or testified about by any witness at trial.

**12. DE-626**

**Description:** Redlined version of DE-626, comparing it with DE-505, English translation of German Patent Application, DE 3313 899 (attached at TAB N)

**Honeywell's objection to DE-626:**

Plaintiffs object to DE-626 as based, in part, upon an unsupported and inaccurate translation for which the Government did not comply with Fed. R. Evid. 604.

**13. DE-627**

**<u>Description</u>:** Task III Cover Page, Table of Contents, Ohio State Record (attached at TAB O)

**<u>Honeywell's objection to DE-627:</u>**

The Government did not use this exhibit.

**14. <u>DE-705</u>**

**<u>Description</u>:** L-3 Cost Proposal (attached at TAB P)

**<u>Honeywell's objection to DE-705:</u>**

The Government did not use this exhibit.

DATED: July 3, 2008

HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,

/s/Lawrence J. Gotts
Lawrence J. Gotts, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, NW
Washington, DC 20006
(202) 551.1700
(202) 551.1705 (fax)
Counsel for Honeywell International Inc. and Honeywell Intellectual Properties Inc.

UNITED STATES OF AMERICA

GREGORY D. KATSAS
Assistant Attorney General

JOHN FARGO
Director

/s/Christopher L. Crumbley by /s/Lawrence J. Gotts
Christopher L. Crumbley
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0415
Facsimile: (202) 307-0345
Counsel for United States

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of JOINT SUBMISSION REGARDING EXHIBITS OFFERED BY GOVERNMENT AND OBJECTED TO BY PLAINTIFFS was filed electronically and served via First Class Mail, postage prepaid, on July 3, 2008, on:

John W. Harbin, Esq.
King & Spalding
1180 Peachtree Street, NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: jharbin@kslaw.com

Counsel for L-3 Communications Corporation

Thomas J. Madden, Esq.
Paul A. Debolt, Esq.
Venable LLP
Terrell Place
575 – 7th Street, N.W.
Washington, D.C. 20004-1601
Tel: (202) 344-4000
Fax: (202) 344-8300
Email: tjmadden@venable.com
padebolt@venable.com

Counsel for Lockheed Martin Corporation

/s/Mark Koehn
Mark Koehn

LEGAL_US_E # 80054166.1