# EXHIBIT

# DE-505b

(19) Republic of Germany

German Patent Office

(12) **Published patent application (not yet examined as to patentability)**

(11) **DE 33 13 899 A1**

(21) file no.: P 33 13 899.0
(22) filing date: 16 April 1983
(43) date published: 18 October 1984

(51) Int. class 3
**G 02 B 23/12**
G 02 B 27/02
H 01 J 31/50
G 09 F 9/00
B 60 K 35/00

(71) Applicant:

Licentia Patent-Verwaltungs-GmbH
6000 Frankfurt, DE

(72) Inventors:

Dr. Günther Arnold, 7900 Ulm, DE
Dr. Erich Kasper, 79 14 Pfaffenhofen, DE
Dr. Ulf König, 7900 Ulm, DE
Dr. Suso Weber, 7907 Langeau, DE

(54) Device for Observing a Luminous Indicating Instrument

To observe a luminous indicating instrument it is suggested that a first filter be placed in front of the instrument and that that first filter have a long-wave blocking limiting frequency that lies below the short-wave blocking limiting frequency of a night-vision device set in front of a second filter.

Licentia Patent-Verwaltungs-GmbH
Theodor-Stern-Kai 1
6000 Frankfurt (Main) 70

PTL-UL/Am/deu
UL 82/106

Patent Claims

1. Device for observing a luminous indicating instrument in such a way that in darkness it is observable both with the naked eye or with the aid of a night-vision device of high low-light-level amplification, characterized by the fact that a first optical filter (A) is positioned on the observer's side in front of the indicating instrument (1, 2, 3) and a second optical filter (B) is positioned in front of the photo cathode (5) of a night-vision device (4, 5, 6), that the first filter (A) essentially blocks the penetration of light of the indicating instrument above a first ~~minimum~~threshold wavelength, that the second filter (B) essentially blocks the penetration of light below a second ~~minimum~~threshold wavelength, and that the first ~~minimum~~threshold wavelength has a wavelength equal to or shorter than the second ~~minimum~~threshold wavelength and the first ~~minimum~~threshold wavelength is chosen in such a way that the light of the indicating instrument that passes through the first filter is easily observable to the naked eye.

2. Device according to claim 1, characterized by the fact that the night-vision device has an image intensifier tube in a short construction with a GaAs photo cathode (5) as a lowlight-level amplifier (10), a microchannel SE amplifier panel (4), and a luminescent screen (6).

3. Device according to claim 1 or claim 2, characterized by the fact that second filter (B) is attached to the input window of the low-light-level amplifier, in particular, on the support of the photo cathode (5).

4. Device according to claim 3, characterized by the fact that the second filter (B) consists of a vapor-deposited layer, especially a vapor-deposited aluminum antimony layer.

5. Device according to one of claims 1 to 4, characterized by the fact that the first filter (A) consists of a colored plate made of polymethylacrylate.

6. Device according to one of the claims 1 to 5, characterized by the fact that the first filter (A) is attached to the indicating instrument.

Licentia Patent-Verwaltungs-GmbH
Theodor-Stern-Kai 1
6000 Frankfurt (Main) 70

PTL-UL/Am/deu
UL 82/106

Description

Device for Observing a Luminous Indicating Instrument

The present invention concerns a device for observing a luminous indicating instrument in such a way that it is observable in darkness both with the naked eye and with the aid of a night-vision device of high low-light-level amplification.

Contemporary night-vision devices with image intensifiers have short overall lengths, a low weight, an integrated power supply, and a high light amplification. It is, e g., technically possible to do without headlights in night driving by equipping car drivers with such night-vision devices. In this way one avoids the blinding from the oncoming traffic and obtains a better recognition of dark persons and objects.

A security problem is posed in this connection by the reading of control instruments. The control instruments must be so well lit that a reading is possible during the day or by ~~the driver~~a passenger who is not equipped with a night-vision device. But the observation of normally lit instruments with night-vision devices leads to irradiation and blinding effects due to its high amplification.

The problem of the present invention therefore is to make possible the non-glare observation of normally lit instruments for persons with the naked eye as well as for those who are looking through a night-vision device.

According to the invention it is proposed that a first optical filter A is positioned on the side of the

observer in front of the indicating instrument and a second optical filter B is positioned in front of the photo cathode of the night-vision device, that the first filter A essentially blocks the passage of light of the indicating instrument above a first ~~minimum~~threshold wavelength, that the second filter B blocks the passage of light below a second ~~minimum~~threshold wavelength and that the first ~~minimum~~threshold wavelength is equal to or shorter than the second ~~minimum~~threshold wavelength, and that the light of the indicating instrument passing through the first filter is easily visible to the naked eye.

For the first filter A placed in front of the indicating instrument and the second filter B placed in front of the photo cathode of the night-vision instrument the following transmission properties $T_A$, (for filter A) and $T_B$, (for filter B), specified in the table, must hold.

Table 1:

| Wave length of the light | filter A | filter B |
|---|---|---|
| $\lambda < \lambda_1$ | random | $T_B < S_6$ |
| $\lambda = \lambda_1 - \lambda_2$ | $S_5 < T_A < 1$ | $T_B < S_6$ |
| $\lambda = \lambda_2 - \lambda_3$ | $S_6 < T_A < S_5$ | $T_B < S_5$ |
| $\lambda = \lambda_3 - \lambda_4$ | $S_7 < T_A < S_6$ | S~~T~~$_5 < T_B < 1$ |
| $\lambda > \lambda_4$ | random | random |

whereby the following holds:

$\lambda_4 > \lambda_3 > \lambda_2 > \lambda_1$ = ~~minimum~~threshold wavelength and

$S_5 > S_6 > S_7$ = transmission limiting values.

The invention makes it possible for a luminous indicating instrument to be read perfectly both from an observer with the naked eye and from an observer looking through a night-vision device.

The invention will be more closely explained by means of a preferred working example described and represented in the diagram below.

An observer 9 observes through a night-vision device 11 a lit indicating instrument 12.

The main part of the night-vision device 11 is the image intensifier tube 10, which has a photo cathode 5 and a luminescent screen 6, as well as having, preferably, a multi-channel SE amplifier plate 4 in between the two. In 7 a lens and in 8 an eyepiece are designated.

The indicating instrument 12 has a light source 1, and if the need arises an ~~screen~~ aperture 2, and the actual indicating device 3. In accordance with the device a first filter A is placed in front of the indicating device 3 and a second filter B is placed in front of the photo cathode 5 of the image intensifier 10, whereby the transmission values of this filter are so matched to each other that, for example, the following effects are produced.

The first filter A only lets short-wave light of, e.g., $\lambda < 600$ nm, escape unfiltered from the instrument display 12. The second filter prevents irradiation in the night-vision device 11 because of its negligible transmission in this short-wave range. The weak light flux escaping from the instrument display 12 in the long-wave range of, e.g., $\lambda = 650$ nm - 900 nm, with a transmission $T_A$ of the filter A of, e.g., 0.01 percent, is sufficient for a reading of the instrument due to the high amplification of the night-vision device 12.

An automobile driver who goes on a night drive without the assistance of headlights has on known accessory equipment-e.g., an instrument panel in the car with a frame for glass tops and a night-vision device with an image intensifier tube of the third generation, which has a GaAs photo cathode-an amplification of an electron current image through a microchannel plate and a luminescent screen.

To realize the invention the following changes are then made.

In the frame of the instrument display instead of a glass cover a cover made of PMMA is used that is colored with a coloring agent described below and which forms filter A. The filter layer of

filter A consists, e.g., advantageously of the following components:

Component 1:

Substituted *Napthospir opyran* [no known transl. of German term] of the general structure

[see 1st diagram on page 7]

whereby $R_1$ is preferably an alkyl and $R_2$ can be any substituent, preferably –O1H$_3$, -$CH_3$, -$NO_2$ or an acrylic system.

Component 2

*Napthopyriliden* [no known transl. of German term] of the structure

[see 2nd diagram on page 7]

whereby preferably R can be an alkyl and n lies between 2 and 10.

Component 3:

Halogen-containing compound that produces halogen halide through UV radiation. In this connection preferably α , α , α - tribromoethanol is used

A polyacrylate layer with these colored components is radiated with UV light $\lambda < 300$ nm. As a result irreversible pyrilium salts [*Pyriliumsalze*] are formed, which produce abdsorptions between

550 nm and 880 nm.

The filter A is, e.g., advantageously produced as described below.

Two g 2-amyl-7'-methoxy-spiro [3H-naptho(2, l-b)pyran-3, 2'-2H-benzo(l)pyran], 1 g 2-hexyl-3H-naptho(2, l-b)pyriliden, and 10 g α , α , α - tribromoethanol are dissolved in 200 ml of

dioxane and this solution is mixed with a solution of 40 g polymethylmethacrylate in 200 ml methanol in a ratio of 3 to 1. From this solution transparent layers can be produced through vaporization of the solution.

Filter B of the night-vision device 11 consists, e.g., advantageously out of an AlSb layer that has a thickness of about 5 μm and that was vapor-deposited on the support of the photo cathode 5 of the image intensifier tube 10.

Filter A and B then have the transmission values specified in table 1 above and have, for instance, the following data.

Table 2:

| | | | | | |
|---|---|---|---|---|---|
| $\lambda_1$ | = | 400 nem | $S_5$ | = | 0.4 |
| $\lambda_2$ | = | 550 nem | $S_6$ | = | $10^{-2}$ |
| $\lambda_3$ | = | 635 nem | $S_7$ | = | $10^{-4}$ |
| $\lambda_4$ | = | 880 nem | | | |

Night-vision devices of the third generation often have (but do not inevitably have) an internal GaAlAs protective layer.

This protective layer also has a filter effect similar to the AlSb vapor-deposited layer of filter B. In this case the AlSb vapor-deposited layer can be kept considerably thinner than 5 μm-e.g., 0.1 μm - 0.5 μm.