**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., | |
| Plaintiffs, | No. 02-1909C |
| v. | |
| THE UNITED STATES, | Judge Susan Braden |
| Defendant, and | |
| LOCKHEED MARTIN CORPORATION and L-3 COMMUNICATIONS CORPORATION, | |
| Defendant-Intervenors. | |

**DEFENDANT'S AND DEFENDANT-INTERVENORS' UNOPPOSED MOTION FOR ENTRY OF ORDER SUBSTITUTING DE-505A FOR DE-505 IN THE COURT'S APRIL 14, 2008 MEMORANDUM OPINION REGARDING PATENT INFRINGEMENT DEFENSES**

In light of the parties July 3, 2008 joint stipulation regarding Defendants' exhibit marked DE-505 and DE-505a, and this Court's April 14, 2008 Memorandum Opinion Regarding Patent Infringement Defenses citing DE-505, the Defendant and Defendant-Intervenors hereby move for entry of the following Order substituting "DE-505a" for all references to "DE-505" found in the Court's April 14, 2008 Memorandum Opinion Regarding Patent Infringement Defenses.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN J. FARGO
Director

s/*Christopher L. Crumbley*
Christopher L. Crumbley
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0333
Facsimile: (202) 307-0345

July 15, 2008

**BY CONSENT OF:**

LOCKHEED MARTIN CORPORATION

/s/Thomas J. Madden by /s/*Christopher L. Crumbley*
Thomas J. Madden, Esq.
Venable LLP
Terrell Place
575 - 7th Street, N.W.
Washington, D.C. 20004-1601
Tel: (202) 344-4000
Fax: (202) 344-8300
Counsel for Lockheed Martin Corporation

L-3 COMMUNICATIONS CORPORATION

/s/John W. Harbin by /s/*Christopher L. Crumbley*
John W. Harbin, Esq.
King & Spalding
1180 Peachtree Street, NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Counsel for L-3 Communications Corporation

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
No. 02-1909C
Filed: July __, 2008

HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant, and

LOCKHEED MARTIN CORPORATION and L-3 COMMUNICATIONS CORPORATION,

Defendant-Intervenors.

**[proposed] ORDER SUBSTITUTING DE-505A FOR DE-505 IN THE COURT'S APRIL 14, 2008 MEMORANDUM OPINION REGARDING PATENT INFRINGEMENT DEFENSES**

Pursuant to the July 15, 2008 Defendant's and Defendant-Intervenors' Unopposed Motion for Entry of Order Substituting DE-505a for DE-505 in the Court's April 14, 2008 Memorandum Opinion Regarding Patent Infringement Defenses, and in light of the joint stipulation filed July 3, 2008, the representations made therein and the representations from counsel at the Court’s July 8, 2008, evidentiary hearing, the court hereby replaces all references to DE-505 found in the court’s April 14, 2008 Memorandum Opinion Regarding Patent Infringement Defenses with DE-505a. The substitution of DE-505a for DE-505 is not material to the Court’s April 14, 2008 Memorandum Opinion Regarding Patent Infringement Defenses.

**IT IS SO ORDERED.**

______________________
**SUSAN G. BRADEN**
**Judge**