# In the United States Court of Federal Claims

No. 02-1909C
Filed: July 16, 2008

```
*************************************
                                    *
HONEYWELL INTERNATIONAL INC.,       *
and HONEYWELL INTELLECTUAL          *
PROPERTIES INC., Plaintiffs,        *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
        Defendant, and              *
                                    *
LOCKHEED MARTIN CORP.               *
and L-3 COMMUNICATIONS CORP.,       *
        Defendant-Intervenor.       *
                                    *
*************************************
```

**ORDER SUBSTITUTING DE-505A FOR DE-505 IN THE COURT'S APRIL 14, 2008 MEMORANDUM OPINION REGARDING PATENT INFRINGEMENT DEFENSES**

Pursuant to Defendant and Defendant-Intervenors' July 15, 2008 Unopposed Motion For Entry Of Order Substituting DE-505a for DE-505 in the court's April 14, 2008 Memorandum Opinion Regarding Patent Infringement Defenses, and in light of the joint stipulation filed July 3, 2008, the representations made therein and the representations from counsel at the court's July 8, 2008, evidentiary hearing, the court hereby replaces all references to DE-505 found in the court's April 14, 2008 Memorandum Opinion Regarding Patent Infringement Defenses with DE-505a. The substitution of DE-505a for DE-505 is not material to the Court's April 14, 2008 Memorandum Opinion Regarding Patent Infringement Defenses.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**