# In the United States Court of Federal Claims

No. 02-1909C
Filed: July 16, 2008

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, Defendant, and | * |
| LOCKHEED MARTIN CORP. and L-3 COMMUNICATIONS CORP., Defendant-Intervenor. | * |

**ORDER REGARDING EXHIBITS ADMITTED AT TRIAL**

The court requested that the parties submit a list of exhibits entered into evidence during the July 24-27, 2006 trial regarding Honeywell's Secrecy Act claim, the November 13-15 and December 11-15, 2006 trial regarding defenses and the February 27-March 2, 2007 trial regarding damages. The court admitted into evidence the following exhibits:

1. The following Plaintiffs' Exhibits:

**Secrecy Act Trial (July 24-27, 2006)**

| | |
|---|---|
| Volume 1: | PTX 500 – PTX 581; PTX 582 (designated portions only: 76:9 - 157:18, 164:12 - 165:8; 171:4 - 176:11; 223:6 – 226:10; 230:6 –234:18) |
| Volume 2: | PTX 583 – PTX 584; PTX 586 - PTX 591; PTX 593; PTX 596 – PTX 600 |
| Volume 3: | PTX 601; PTX 603 |

| | |
|---|---|
| Marked at trial: | PTX 605; PTX 606; DE 303; DE 318; DE 319; DE 322; DE 323; DE 324 |
| Demonstrative: | PTX 700 |

**Defenses Trial (November 13-15, 2006 and December 11-15, 2006)**

| | |
|---|---|
| Volume 1: | PTX 801 – PTX 817 |
| Volume 2: | PTX 818 – PTX 819; PTX 821 – PTX 824 |
| Volume 3: | PTX 825 – PTX 826; PTX 832 – PTX 835 |
| Marked at trial: | PTX 827 – PTX 829; PTX 831 |
| Demonstrative: | PTX 901 – PTX 937; PTX 913A |
| Demonstrative marked at trial: | PTX 830 |

**Damages Trial (February 27 - March 2, 2007)**

| | |
|---|---|
| Volume 1: | PTX 1000 – PTX 1007; PTX 1020 –PTX 1024 |
| Volume 2: | PTX 1025 |
| Volume 3: | PTX 1026 – PTX 1033 |
| Volume 4: | PTX 1034 – PTX 1044 |
| Volume 5: | PTX 1045 – PTX 1066; PTX 1068 |
| Volume 6: | PTX 1069 – PTX 1087 |
| Volume 7: | PTX 1088 – PTX 1103 |
| Volume 8: | PTX 1104 – PTX 1138 |
| Volume 9: | PTX 1139 – PTX 1150 |
| Volume 10: | PTX 1151 – PTX 1159 |
| Volume 11: | PTX 1160 – PTX 1169 |

| | |
|---|---|
| Volume 12: | PTX 1170 – PTX 1176; PTX 1184 – PTX 1190 |
| Volume 13: | PTX 1191 – PTX 1204 |
| Volume 14: | PTX 1205 – PTX 1206 |
| Volume 15: | PTX 1207 |
| Volume 16: | PTX 1208 – PTX 1212 |
| Volume 17: | PTX 1213 – PTX 1245 |
| Volume 18: | PTX 1246 – PTX 1269 |
| Volume 19: | PTX 1270 – PTX 1279 |
| Volume 20: | PTX 1280 – PTX 1299 |
| Volume 21: | PTX 1300 – PTX 1312; PTX 1315; PTX 1317 |
| Volume 22: | PTX 1318; PTX 1320; PTX 1322 – PTX 1324 |
| Volume 23: | PTX 1325 – PTX 1332; PTX 1336 – PTX 1337 |
| Volume 24: | PTX 1338 – PTX 1353 |
| Volume 25: | |
| Marked at trial: | PTX 1359 |
| Demonstrative: | PTX 1900 – PTX 1905 |
| Additional demonstratives marked at trial: | PTX 1358; PTX 1906 |

2. The following Government Exhibits:

**Secrecy Act Trial (July 24-27, 2006)**

| | |
|---|---|
| Volume 1: | DE-300 |
| Volume 2: | DE-301; DE-303; DE-307 - DE-319; DE-321 - DE-323 |
| Supplemental Volume: | DE-324 |
| Demonstratives: | DE-351 - DE-358 |
| Additional demonstratives marked at trial: | DE-325 |

**Defenses Trial (November 13-15, 2006 and December 11-15, 2006)**

| | |
|---|---|
| Volume 1: | [no exhibits entered] |
| Volume 2: | DE-500 - DE-504; DE-506 - DE-516 |
| Volume 3: | DE-517 - DE-525 |
| Marked at Trial: | DE-146A |
| Demonstratives: | DE-526-1, -2, -3, -5, -6, -8, -10, -11, -12, -13, -14, -15, -16, -17, -18, -19, -19b, -19c, -20, -21, -24, -25,-27, -29, -30, -31, -34, -35, -37, -38, -39, -40, -42, -46 |
| Additional demonstratives marked at trial: | DE-550 – DE-557 |

**Damages Trial (February 27 - March 2, 2007)**

| | |
|---|---|
| Volume 1: | DE-600 - DE-601; DE-603- DE-616 |
| Volume 2: | DE-617 – DE-619; DE-621-DE-624 |
| Volume 3: | DE-630 - DE-634 |
| Volume 4: | DE-636 - DE-638 |
| Volume 5: | DE-644 - DE-656 |

| | |
|---|---|
| Volume 6: | DE-657; DE-659 - DE-662; DE-664 - DE-665 |
| Volume 7: | DE-666 - DE-672 |
| Volume 8: | DE-673 - DE-704; DE-706 |
| Volume 9: | [no exhibits entered] |
| Volume 10: | DE-712; DE-713; DE-716 - DE-719 |
| Marked at Trial: | DE-721; DE-723 |
| Demonstratives: | DE-602-a, -aa, -b, -c, -d, -e, -f, -g, -h, -i, -j, -k, -l, -m, -n, -o, -p, -q, -r, -s, -t, -u, -v, -w, -x, -y, -z |
| Additional demonstratives marked at trial: | DE-724; DE-725 |

**Post-Trial**

| | |
|---|---|
| By stipulation: | DE-505a; DE-505b |

3. The following L-3 Exhibits:

**Defenses Trial (November 13-25, 2006 and December 11-15, 2006)**

L-3 106

4. On July 8, 2008, the court convened an evidentiary hearing and ruled on the following contested exhibits:

| | |
|---|---|
| Admitted: | DE-302; DE-505; DE-527; DE-620; DE-625; DE-626; DE-627; PTX-836; PTX-1334 |
| Excluded: | DE-304; DE-305; DE-306; DE-350; DE-526-4, -7, -9, -19a, -22, -23, -26, -28, -32, -33, -36, -41, -43, -44, -45, -47, -48; DE-558; DE-705; PTX-585; PTX-1356 |

To the extent the parties have not already done so, the parties will provide one set of the admitted Hearing Exhibits to Heritage Reporting that will forward such exhibits to the Office of the Clerk of the Court to be made of record.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**