# In the United States Court of Federal Claims

**No. 02-1909 C**

**HONEYWELL INTERNATIONAL, INC.**
**and HONEYWELL INTELLECTUAL**
**PROPERTIES, INC.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Orders filed June 15, 2006 and July 16, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a)(2), that Count III of the May 31, 2005, amended complaint is dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED this date, pursuant to Rule 58, that final judgment is entered in favor of the Government with respect to Counts I and II of the amended complaint, and Counts I and II are dismissed.

John S. Buckley
Acting Clerk of Court

**July 23, 2008** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.